# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

---

**Plaintiff(s):** American Muslims for Palestine ; Dr. Hatem Bazian

**Defendant(s):** Arizona State University ; Arizona Board of Regents ; Mark Brnovich , Attorney General of Arizona

County of Residence: Outside the State of Arizona

County of Residence: Maricopa

County Where Claim For Relief Arose: Maricopa

**Plaintiff's Atty(s):**

Raeesabbas Mohamed
KELLY / WARNER LAW PLLC
8283 N. Hayden Rd. Ste. 229
Scottsdale, Arizona  85258
408-331-9397

**Defendant's Atty(s):**

---

**II. Basis of Jurisdiction:**  3. Federal Question (U.S. not a party)

**III. Citizenship of Principal Parties** (Diversity Cases Only)

Plaintiff:- N/A
Defendant:- N/A

**IV. Origin :**  1. Original Proceeding

**V. Nature of Suit:**  950 Constitutionality of State Statute

**VI. Cause of Action:**  Ariz. Rev. Stat. § 35-393 violates the First and Fourteenth Amendments to the U.S. Constitution.

**VII. Requested in Complaint**

Class Action: No
Dollar Demand: permanent injunction
Jury Demand: Yes

**VIII. This case IS RELATED** to Case Number **3:17-cv-08263** assigned to Judge **Diane J Humetewa.**

**Signature:** <u>Raeesabbas Mohamed</u>

**Date:** <u>February 28, 2018</u>

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

**Revised: 01/2014**