**CAIR LEGAL DEFENSE FUND**
Lena F. Masri (D.C. Bar No. 100019) (seeking *pro hac vice* admission)
Email:  lmasri@cair.com
Gadeir I. Abbas (VA Bar No. 81161) (seeking *pro hac vice* admission)
Email:  gabbas@cair.com
Carolyn M. Homer (D.C. Bar No. 1049145) (seeking *pro hac vice* admission)
Email:  chomer@cair.com
453 New Jersey Ave., SE
Washington, DC 20003
Phone: (202) 488-8787
Fax:     (202) 488-0833

**KELLY / WARNER, PLLC**
8283 N. Hayden Road, Suite 229
Scottsdale, Arizona 85258
Raeesabbas Mohamed, Esq. (AZ Bar # 027418)
Email: Raees@kellywarnerlaw.com
Phone: (480) 331-9397
Fax:     (866) 961-4984

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**
**PHOENIX DIVISION**

| | |
|---|---|
| **AMERICAN MUSLIMS FOR PALESTINE** and **DR. HATEM BAZIAN**<br><br>Plaintiffs,<br><br>vs.<br><br>**ARIZONA STATE UNIVERSITY**; **ARIZONA BOARD OF REGENTS**; and **MARK BRNOVICH,** in his official capacity as Attorney General of Arizona<br><br>Defendants. | Case No.<br><br>**CORPORATE DISCLOSURE STATEMENT** |

This Corporate Disclosure Statement is filed on behalf of Plaintiffs, American Muslims for Palestine, in compliance with the provisions of: (check one)

☒ Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

☒ No such corporation.

☐ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. (Attach additional pages if needed.) _____ Relationship_____

☐ Publicly held corporation, not a party to the case, with a financial interest in the outcome. List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)

_____Relationship_____

☒ Other (please explain)

American Muslims for Palestine is the d/b/a name of AJP Educational Foundation, Inc., a 501(c)(3) non-profit organization.

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated this 28th day of February, 2018.

**CAIR LEGAL DEFENSE FUND**

By /s/ Gadeir Abbas
   Lena F. Masri (D.C. Bar No. 100019)
   (seeking *pro hac vice* admission)
   Gadeir I. Abbas (VA Bar No. 81161)
   (seeking pro hac vice admission)
   Carolyn M. Homer (D.C. Bar No. 1049145)
   (seeking pro hac vice admission)
   453 New Jersey Ave., SE
   Washington, DC 20003
   Phone: (202) 488-8787
   Fax:    (202) 488-0833

**KELLY / WARNER, PLLC**

By /s/Raees Mohamed
   Raees Mohamed, Esq. (AZ Bar # 027418)
   8283 N. Hayden Road, Suite 229
   Scottsdale, Arizona 85258
   Phone: (480) 331-9397
   Fax:    (866) 961-4984

*Attorneys for Plaintiffs*