**CAIR LEGAL DEFENSE FUND**
Lena F. Masri (D.C. Bar # 100019) (seeking *pro hac vice admission*)
Email: lmasri@cair.com
Gadeir I. Abbas* (VA Bar # 81161) (seeking *pro hac vice admission*)
Email: gabbas@cair.com
Carolyn M. Homer (D.C. Bar # 1049145) (seeking *pro hac vice admission*)
Email: chomer@cair.com
453 New Jersey Ave., SE
Washington, DC 20003
Phone: (202) 742-6420
Fax:    (202) 379-3317

**KELLY / WARNER, PLLC**
8283 N. Hayden Road, Suite 229
Scottsdale, Arizona 85258
Raeesabbas Mohamed, Esq. (AZ Bar # 027418)
Email: raees@kellywarnerlaw.com
Phone: (480) 331-9397
Fax:    (866) 961-4984

*Attorneys for Plaintiffs*

   * *Licensed in VA, not in D.C.*
   *Practice limited to federal matters*

## UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA
### PHOENIX DIVISION

| | |
|---|---|
| **AMERICAN MUSLIMS FOR PALESTINE** and **DR. HATEM BAZIAN**<br><br>Plaintiffs,<br><br>vs.<br><br>**ARIZONA STATE UNIVERSITY**; **ARIZONA BOARD OF REGENTS**; and **MARK BRNOVICH,** in his official capacity as Attorney General of Arizona<br><br>Defendants. | Case No.  CV-18-670-PHX-JJT<br><br>**DECLARATION OF GADEIR I. ABBAS IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTIVE RELIEF** |

**DECLARATION OF GADEIR I. ABBAS**

1.    My name is Gadeir I. Abbas, and I am a Senior Litigation Attorney with the CAIR Legal Defense Fund in Washington, D.C.  I represent Plaintiffs American Muslims for Palestine and Dr. Hatem Bazian in this case.  I have personal knowledge of the facts set out in this Declaration.  If called upon as a witness I would competently testify as to the matters stated herein.

2.    Attached as **Exhibit A** is a true and correct copy of Arizona State University's Student Organization Handbook, last updated March 7, 2017, and available at https://eoss.asu.edu/sites/default/files/webform/Student_Org_Handbook_2017-2018_ASU.pdf (link captured on February 22, 2018).

3.    Attached as **Exhibit B** is a true and correct copy of Arizona State University's Academic Affairs Manual, Section 201: Academic Freedom, available at https://www.asu.edu/aad/manuals/acd/acd201.html (link captured on February 22, 2018).

4.    Attached as **Exhibit C** are true and correct copies of the landing pages for the following ASU schools, departments, and programs, each of which is available at a corresponding URL, which was captured as of February 22, 2018.

   A.    School of Politics and Global Studies, https://spgs.clas.asu.edu/

   B.    School of Historical, Philosophical, and Religious Studies, https://shprs.asu.edu/

   C.    Department of Jewish Studies, https://jewishstudies.clas.asu.edu/

   D.    Council for Arabic and Islamic Studies, https://cais.asu.edu/

   E.    Center for the Study of Religion and Conflict, https://csrc.asu.edu/

F.  Center for Strategic Communication, http://csc.asu.edu/

5.    Attached as **Exhibit D** is highlighted excerpts from ASU's searchable student organization portal page, available at http://asu.orgsync.com/search.  As of February 22, 2018 this portal linked to 1462 separate student organizations.  The highlights are intended to emphasize the variety of student organizations with potential interests in Israel, Palestine, and the Middle East.

6.    Attached as **Exhibit E** are true and correct copies of the public Facebook pages for a half-dozen events hosted by the Muslim Students Association of Arizona State University during the last year.  The pages appear as of their access on February 22, 2018.  They include:

A. *February 3, 2018*: History Of Islam In America With Ustadh Ubaydullah Evans,

https://www.facebook.com/events/2047737328772635

B. *November 21, 2017*: Annual Interfaith Dinner,

https://www.facebook.com/events/130198050978729/

C. *September 27, 2017*: Discussion: The State of American Islam,

https://www.facebook.com/events/118192645528597/

D. *September 20, 2017*: Contemporary Perception of Islam: Panel and Dialogue,

https://www.facebook.com/events/255848224937009/

E. *March 28, 2017*: Islam in the Modern World,

https://www.facebook.com/events/1527967817215657/

F. *March 27, 2017*:  Women in Islam: Beyond the Stereotypes,

https://www.facebook.com/events/645277042345983/

7.     Attached as **Exhibit F** is a true and correct copy of a March 4, 2013 blog post by Students for Justice in Palestine (ASU Chapter) regarding that year's "Israeli Apartheid Week."  The post is available at http://sjpalestine.com/israeli-apartheid-week-day-1-mock-illegal-separation-wall/ (link captured on February 22, 2018).

8.     Attached as **Exhibit G** is a true and correct copy of the public Facebook page for "ASU Israel Day Presented by Hillel Jewish Student Center," an event from April 6, 2017.  The post is available at https://www.facebook.com/events/1819102804782096/ (link captured on February 22, 2018).

9.     I verify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on March 2, 2018 at Washington, D.C.


By:  _____
          *Gadeir Abbas*
          Gadeir I. Abbas

# Exhibit A

# Student Organization Handbook

## 2017-2018

# Arizona State University
# Student Organizations

Arizona State University is excited about your interest in student organizations. We recognize that student organizations provide a valuable service to the ASU community by providing leadership development, spirit, activism, public service, and social and cultural interaction. As a student at ASU, you have the unique opportunity to participate in a wide variety of activities. Involvement in student organizations is a great way to connect to the campus, build leadership skills, meet people and have fun! There are many benefits to being involved in a student organization at ASU:

- Ease the transition from one school to another.

- Helps you meet people and make friends with those who have similar interests as well as learn about, understand and appreciate other cultures, identities and perspectives.

- Involved students are more likely to graduate.

- Involved students feel more connected to the University, the campus, other students and are more familiar with the resources the University provides.

- Involved students report higher levels of satisfaction with their college experience.

- Being involved encourages and advances your development on all levels: intellectual, cultural, spiritual and social.

- You will gain knowledge, skills and experience in leadership, communication, problem-solving, group development and management, budgeting and finance, presentation and public speaking, and much more.

- You will become knowledgeable about what is happening on campus.

Build your resume with extra-curricular and leadership development activities. Student organizations exist to build upon and enrich the classroom experience. Every student is invited to participate in activities and find a place to belong. ASU believes involvement outside of the classroom is an important aspect of your education. Any student can take the initiative to create a new student organization. There is an organization to meet your needs, whether you arrive at ASU with outstanding leadership ability or emerging potential. The university expects that all student organizations exemplify respect and inclusion in all organization events and activities. As you represent your organization through its events and activities, remember that you are also representing ASU. Please review and pay close attention to the guidelines and policies in this handbook. Feel free to consult a staff member at your campus location for clarification, guidance, and advice at any time. We encourage and welcome feedback on this handbook and all programs and services offered. For additional information, visit www.asu.edu/clubs.

## Contents

Introduction ........................................................................................................................................4

Student Organizations Office Locations................................................................................................4

General Information .............................................................................................................................5

    Starting a New Student Organization ..............................................................................................5

    Student Organization Registration...................................................................................................5

    New Student Organization Registration ..........................................................................................5

    Student Organization Re-registration .............................................................................................5

    Naming Your Student Organization .................................................................................................7

    Membership and Officer Requirements ..........................................................................................7

    Starting a Non-profit Organization ..................................................................................................8

Events and Space Reservations............................................................................................................8

    Academic Facilities & Classrooms ...................................................................................................8

    Location Specific Reservations ........................................................................................................8

    Sound Guidelines ............................................................................................................................9

    Media/Audio-Visual Services and Equipment Rentals.....................................................................9

Food Sales and Catering ......................................................................................................................9

    Food at Events...............................................................................................................................10

    Aramark/Sun Devil Dining.............................................................................................................10

    Aramark Contacts..........................................................................................................................10

    Food Waiver ..................................................................................................................................10

Organizational Funds .........................................................................................................................11

    Student Fee Funding .....................................................................................................................11

    Fundraising & Financial Management ...........................................................................................11

    Fundraising Events with Alcohol ...................................................................................................11

    Raffles...........................................................................................................................................11

    Misuse of University Assets ..........................................................................................................11

    Sales and Solicitation Regulations ................................................................................................12

Bank accounts ...................................................................................................................................12

    Tax Identification Numbers (TIN) or Employee Identification Numbers (EIN) ...............................13

Marketing and Advertising.................................................................................................................13

    SunDevilSync.................................................................................................................................13

    Movies...........................................................................................................................................13

University Policies ..............................................................................................................................14

    Hazing Policy .................................................................................................................................14

    Alcohol Policy ................................................................................................................................14

    Grievance Policy............................................................................................................................15

    Student Rights and Responsibilities & Code of Conduct ...............................................................15

    Freedom of Expression .................................................................................................................15

    Insurance Policy ............................................................................................................................16

    University Logos, Marks, and Images.............................................................................................16

    Advertising and Posting Policy ......................................................................................................16

    Trademark and Licensing Regulations ..........................................................................................16

    Logo Requests...............................................................................................................................16

Student Organization Travel ..............................................................................................................17

    Chartering a Bus ...........................................................................................................................17

    Use of Personal Vehicle.................................................................................................................17

    Guidelines for Student Organization Travel Outside the United States .........................................17

# Introduction

The Student Organization Handbook is an introduction to the many services and resources available to registered student organizations at Arizona State University, as well as policies that impact your organization. More detailed information is available at the ASU Student Organization website (asu.edu/clubs). Please review the materials provided in this handbook and share this information on to the members of your organization.

While this guide is intended to be a summary of certain matters of interest to student organizations, readers should be aware that:

1.   This document is not a complete statement of all procedures, rules, and regulations of Arizona State University;

2.   The University reserves the right to change, without notice, any procedures, policies, and programs that appear in the Student Organization Handbook.

3.   Compliance with policies related to student organizations may be reviewed at any time during the year by ASU staff.

4.   The various colleges, schools, and departments of the University may have additional procedures and policies that apply to student organizations.

If you have any questions, please contact or visit a student organization advisor at your location. It is the job of student organization advisors to ensure that your organization is informed about policies and procedures, and has an opportunity for personal growth and leadership development.

Best wishes on a successful academic year!

| Student Organization Office Locations | |
|---|---|
| **DOWNTOWN**<br>Student Center @ the Post Office, Room L1-15<br>522 N. Central Ave., Suite 243<br>Phoenix, AZ 85004 (602) 496-1781<br>downtownclubs@asu.edu | **POLYTECHNIC**<br>Polytechnic Student Union<br>5999 S. Backus Mall<br>Mesa, AZ 85212<br>(480) 727-1098<br>polytechnicclubs@asu.edu |
| **TEMPE**<br>Memorial Union, 3rd Floor<br>PO Box 87901<br>(480) 965-9665<br>tempeclubs@asu.edu | **WEST**<br>Office of Student Engagement UCB 320<br>PO Box 37100<br>Phoenix, AZ 85069<br>(602) 543-8200<br>westclubs@asu.edu |

# General Information

## Starting a New Student Organization

The first step to starting a new organization is to explore whether a similar organization already exists. With approximately 1,000 student organizations at ASU, there are many interest areas being met. Check the website at asu.edu/clubs or contact the student organization office at your respective location.

## Student Organization Registration

The purpose of student organizations at ASU is to complement students' academic programs of study and to enhance their overall educational experience through development of, exposure to, and participation in social, cultural, intellectual, and recreational activities.

## New Student Organization Registration

A representative from any new organization is required to attend an information session conducted by the student organization staff as part of the registration process. The following documents are required for registration:

1. A completed organization profile online through sundevilsync.asu.edu. A completed organization profile requires ALL of the following to be complete:
   - Profile name
   - Profile photo
   - Current description of organization's purpose
   - Membership roster of at least 3 officers and all current members
   - Upcoming semester meetings
   - Memberships have been approved/declined on a regular basis
   - Constitution must state that the organization is open to all ASU students

2. A constitution and any governing documents that outline how the organization governs. The constitution is to be uploaded online while completing the organization profile.
3. An electronic Advisor Commitment Letter is sent to the organization's faculty or staff advisor(s).
   a. The organization advisor(s) must be an ASU faculty/staff member employed by ASU at least 50% of the time.
   b. In addition, they cannot be on leave or sabbatical during the time they serve as your advisor.
4. At least one officer must either participate in a Student Organization Information Session or meet with an appropriate staff person prior to SunDevilSync approval.

Organization requests will be reviewed by Student Organization Staff.

**Student Organization Re-Registration**
Re-Registration of student organizations is an annual process and must be completed each academic year. The re-registration process of existing student organizations occurs between April 1-30. New student organizations can register at any time throughout the year. Once a student organization is established they must be in good standing to re-register. A student organization will be considered in good standing if they have:

1. Complied with all University policies and procedures (including those outlined in this document).
2. Has no unpaid debts or outstanding balances with university entities.
3. Has no outstanding or unresolved ABOR Student Code of Conduct violations. Student Organizations may not have any outstanding conduct cases with the Office of Student Rights and Responsibilities. If a student organization is

currently on a status with the University or has an open case the organization must be working toward resolution of the case.

Eligible organizations are permitted to register during the academic year unless the University finds that the organization:
1. Seeks to accomplish its objectives, goals, purposes, or activities through the use of violence; or
2. Engages in activities that materially or substantially interfere with the discipline and normal activities of the University or with the rights of others; or
3. Engages in activities that present a danger to property, personnel, and/or orderly function of the university; or
4. Refuses to comply with federal or state laws, including the Americans with Disabilities Act of 1990, Board of Regents' policy, or University rules and regulations.

The privileges conferred through registration may be withdrawn for cause which shall include willfull or negligent violation of university, state or federal standards, codes or policies. Registration may also be withdrawn or discontinued for the following:
1. Individual member's past conduct;
2. Organization's past conduct;
3. Organization's stated objectives;
4. Organization that exists solely to conduct business for a for-profit company or vendor. This includes but is not limited to: street teams, student brand representatives, boosters, etc.
5. Failure to meet financial obligations to the university.
6. Failure of an organization to carry out its programs consistent with the stated aims and purpose of the organization's constitution, byalws and/or governing documents including statements made on SunDevilSync.
7. At the written request of the organization.
8. When by constitutional provision the organization is dissolved.
9. When an organization does not hold meetings, activities or outings for a period of one academic year.

If registration is denied or revoked by student organization staff, the organization may appeal the decision unless the denial or revocation was initiated under the Student Code of Conduct. For more information visit: https://eoss.asu.edu/dos/srr.

Arizona State University registration of an organization does not constitute university endorsement or approval of the organization's policies and activities. However, it does signify a willingness on the part of the organization to comply with state law and the rules, regulations, and policies of the university and the Arizona Board of Regents. Per the Student Services Manual: Membership and all privileges, including voting and officer positions, must be extended to all students without regard to age, ethnicity, gender, disability, color, national origin, race, religion, sexual orientation, or veteran status. *Title IX of the Educational Amendments of 1972,* §106.14, makes an exception for social fraternities and sororities in regard to gender for membership criteria. Religious student organizations will not be denied registration solely because they limit membership or leadership positions to students who share the same religious beliefs. These groups, however, may not discriminate in membership or leadership on any other prohibited basis (i.e., age, ethnicity, gender, disability, color, national origin, race, sexual orientation, or veteran status). For more information visit http://www.asu.edu/aad/manuals/ssm/index.html.

## Timelines associated with registration, membership information change requests, and student organization status

### Registration of a Student Organization
After receiving a completed SunDevilSync submission for the registered student organization, Student Organization staff will review all information. Student Organization staff will look at all submissions within 3 business days. If you have specific questions regarding your submission, please email the respective Student Organization contact at your campus location.

If a student organization registration request is not completed (missing information, missing electronic advisor commitment letter, etc.) within 60 calendar days from submission date, Student Organization staff will delete the request. If the group wishes to continue registering the new student organization a new profile will need to be submitted.

### Officer Updates and Advisor Changes

After receiving a request to update profile, officer, or advisor the Student Organization staff will address the submission within 3 business days. If you have specific questions regarding your submission, please email the respective Student Organization contact at your campus location.

**Disabling of an Active Student Organization without an Advisor**
Student Organizations staff will disable any registered student organization that does not have an active advisor or whose advisor does not meet the criteria of eligibility identified in the "New Student Organization Registration" section above. Upon confirmation of an inactive advisor, missing advisor, or advisor on sabbatical, Student Organization staff will notify the listed officers of the organization. A notified club will have 10 business days to secure a new eligible advisor. Organizations that are unable to secure an advisor will be disabled until an advisor to the club is established. Members of the organization must contact the staff respective to their campus location to enable the organization for re-registration.

**Disabling of an Inactive Student Organization**
Student Organizations staff will disable any organization that fails to re-register during the annual re-registration process. Members of the organization must contact the staff respective to their campus location to enable the organization for re-registration.

**Deletion of Disabled Student Organizations**
Staff will delete any organization profile that has been disabled/inactive for longer than one calendar year. Once an organization profile is deleted, any group wishing to re-start the organization will be required to create a new profile and apply for registration as a new student organization.

## Naming Your Student Organization

Arizona State University recognizes the importance of student organizations in campus life, and encourages student groups to register to gain access to a variety of benefits and privileges. However, registered student organizations remain independent, voluntary organizations and are not sponsored by the University. Registered student organizations may not use "Arizona State University", "ASU", or "Arizona State" prior to their organization name as it may imply an official relationship with the University. Student groups may use the geographical designation "at Arizona State University" or other variations at the end of their name.

## Membership and Officer Requirements

1. The organization must be operated by currently enrolled students of ASU.
2. A minimum of three currently enrolled ASU students is required to register a student organization.
3. Membership in a registered student organization is limited to students enrolled for at least one semester hour of credit at ASU. Faculty, staff, alumni, and others may participate in the activities and programs of student organizations.
4. All officers of a student organization must be currently enrolled in and successfully complete at least three credit hours during the semester(s) in which they are officers.
5. All officers must be in good academic and conduct standing. A student on academic or disciplinary probation may not hold office but may continue as a member.
6. At least one officer must either participate in an organization information session or meet with an appropriate staff person following registration.
7. Membership and all privileges, including voting and officer positions, must be extended to all students without regard to age, ethnicity, gender, disability, color, national origin, race, religion, sexual orientation, or veteran status. Title IX of the Educational Amendments of 1972, Section 106.14, makes an exception for social fraternities and sororities, in regard to gender, for membership criteria. Religious student organizations will not be denied registration solely because they limit membership or leadership positions to students who share the same religious beliefs. These groups, however, may not discriminate in membership or leadership on any other prohibited basis (i.e., age, ethnicity, gender, disability, color, national origin, race, sexual orientation, or veteran status).

## Starting a Non-profit Organization

ASU's Lodestar Center exists to advance nonprofit leadership practice so that organizations can better achieve their mission. If you have questions about starting, governing, managing, or operating a nonprofit organization, visit http://lodestar.asu.edu.

If you would like to register your organization as non-profit, you must apply with the IRS.  For a description of the process, please visit http://www.irs.gov

# Events and Space Reservations

No student organization may schedule or sponsor any events during the final exam period.

## Academic Facilities & Classrooms

Send an email request to Classroom Scheduling at rooms@asu.edu with the following information:
1. Organization Name
2. Requester Name
3. Advisor Name
4. Additional organization members authorized to make reservations

You will be provided with instructions for the web-based reservation system (https://astra.oasis.asu.edu/astraweb/). Once the reservation is complete, you will receive a confirmation. PLEASE forward that confirmation to your advisor. Use of academic facilities is a privilege available to registered student organizations. Food and beverages are not allowed in classrooms.  Please be respectful and adhere to all policies to allow for future use of this privilege.

## Sun Devil Fitness Complex

The SDFC offers reservations for both indoor/outdoor facility spaces.  The Sun Devil Fitness Complex will reserve a maximum of two dates per semester for ASU Registered Student Organizations free of charge.   Any date after the two free reservations comes to an hourly rate of $12.50 per hour for each additional date.   Reoccurring activity space reservations are only for ASU Sport Clubs, Intramurals, and SDFC Programming.

- Gyms/Racquetball Courts/Classrooms: https://fitness.asu.edu/content/indoor-facility-rental-form
- Fields/Sand Volleyball Courts: https://fitness.asu.edu/content/outdoor-facility-rental-form
- Pool: https://fitness.asu.edu/content/pool-rental-form
- Specialty Rentals: https://fitness.asu.edu/content/inflatable-movie-screen-rental-form

## Location Specific Reservations

### Downtown

A.E. England Building, Downtown Phoenix: The A.E. England building is located on Central Avenue in the Civic Space Park.  This building can be reserved through the academic facility/classroom process.  Food is allowed in this building.  There is a $40/hour charge to use the building on Saturdays or Sundays.

Civic Space Park, Downtown Phoenix:  This venue is managed by the City of Phoenix.   While this outdoor space can be utilized for special events, use cannot be granted by ASU.  Please connect with the Downtown Student Organizations for reservation requests https://www.phoenix.gov/parks/parks/party for the City's reservation information.

Student Center @ the Post Office, Downtown Phoenix: This space provides rooms and common areas for reservations.  To reserve space, an online request form can be submitted.  If you have questions regarding this space, contact studentcenter@asu.edu.

Taylor Mall, Downtown Phoenix: Taylor Mall is the paved walkway located in between the University Center (UCENT) and Walter Cronkite School (CRONK) buildings and serves as the primary location for tabling Downtown. You can make a reservation for Taylor Mall by submitting an e-mail to taylormallevents@asu.edu.

Sun Devil Fitness Complex (SDFC): Gym, pool, and multipurpose rooms are available for rent. For more information, email facilityrentals.downtown@asu.edu.

### Polytechnic
Citrus Dining Pavilion, Polytechnic: Reservations for Citrus, Devils Den and the Private Dining Room are available at https://eoss.asu.edu/polyunion.

Student Union, Polytechnic: Reservations for the Student Union Cooley Ballrooms and the Student Union Conference Room can be made by submitting a request at https://eoss.asu.edu/polyunion/reservations.

Sun Devil Fitness Complex (SDFC): Fields, gyms, pool, and multipurpose rooms are available for use. For more information, email Jeff.Bricker@asu.edu.

### Tempe
Memorial Union (MU), Tempe: The MU offers meeting/dining rooms with a wide variety of setups and amenities. Additionally, you can work with MU staff to arrange a table or activity on Orange Mall, Cady Mall, Hayden Lawn, or the MU North Plaza. For more details regarding this process, visit the Event and Meeting Services section of the https://eoss.asu.edu/mu website. You can also contact MU Event and Meeting Services at (480) 965-3406.

### West
The Office of Student Activities & Conference Services (SACS) handles space reservations for meetings, events, and tabling requests for all non-academic space at West. Meeting/Event/Tabling requests for outdoor space, University Center Building (UCB), Sun Devil Fitness Complex (SDFC), and Verde Dining Pavilion (VDP) can be made by visiting the Student Activities & Conference Services website (https://eoss.asu.edu/sacswest) or by contacting the SACS team at 602-543-7700. The space reservation system does require student organizations to create an account which can take 24-48 hours to become fully activated. Please work with the SACS team to ensure successful activation of your account when reserving space on campus for the first time.

## Sound Guidelines
Policies seek to strike a balance between the needs of the students to program in active spaces at Arizona State University, and the needs of the surrounding classrooms, offices, and other spaces to fulfill their academic mission. If you are planning an on-campus event that may include amplification, be sure to contact your local student organization office for more information on sound amplification guidelines. Policy violations not only put your organization at risk, but all programs that utilize on-campus space for programming.

## Media/Audio-Visual Services and Equipment Rentals
Various types of equipment are available for student organization usage at events. Requests can be made through the following contacts:
- Downtown: Work with the student organization office to reserve any media by emailing downtownclubs@asu.edu
- Polytechnic: Specify when making the reservation at https://eoss.asu.edu/polyunion/reservations.
- Tempe: Event and Meeting Services has some equipment available to student groups. Contact 480-965-3406 or mureservations@asu.edu
- West: Contact eventsmedia@asu.edu
Additional equipment is available through Student Creative Services. Student Creative Services can be contacted at http://www.asucreative.com/.

## Food and Catering

Arizona State University departments and registered student organizations must use authorized catering services for on-campus events. Due to liability issues, it is imperative that individuals representing ASU through university functions ensure that all risk management concerns are addressed by securing approved catering services as outlined in the following information. Details and additional links are available at https://eoss.asu.edu/mu/plan_event/food.

## Food Waiver

Occasionally, events involve special requirements that cannot be fulfilled by ASU contracted caterers or approved caterers. In such instances, food waivers and vendor proof of insurance are required from event organizers. The food waiver application can be found online.  A food waiver must be submitted 14 days in advance of the event.  Examples of exceptions include:  food that was donated or a special menu item not offered by Aramark/Sun Devil Dining.

A food waiver is not required for food purchased from one of the retail outlets located in the Tempe Memorial Union.

The Food Waiver form can be found at https://eoss.asu.edu/sites/default/files/FoodWaiverRequest_0.pdf.

Please read the following information to determine how to obtain food and beverages for the specific event that you are planning.

## Food at Events

No home prepared food or drink is allowed at campus events sponsored by student organizations.  Individual students are allowed to bring their own brown bag or lunch box meal.  However, they may not supply homemade food to others.

## Aramark/Sun Devil Dining

Aramark can provide a variety of services for your organization, from light refreshments to elegant dinners.  Arrangements should be made at least two weeks prior to your event.  Aramark staff can help you plan a menu to fit your program and your budget.

Aramark is the exclusive caterer contracted to provide food at the following Arizona State University locations:
- Residence Halls: Downtown Phoenix, Polytechnic, Tempe
- Student Center at the Post Office: Downtown Phoenix campus
- Citrus Dining Pavilion & Student Union: Polytechnic campus
- Memorial Union and Old Main: Tempe campus
- University Center Building & Verde Dining Pavilion: West campus

### Aramark Contacts

- **Downtown Phoenix Campus**
  602.496.6707
  ASUCateringDowntown@gmail.com

- **Polytechnic Campus**
  480.727.1440
  ASUCateringPolytechnic@gmail.com

- **Tempe Campus**
  480.965.6508
  ASUCatering@gmail.com

- **West Campus**
  602.543.3662
  ASUCateringWest@gmail.com

### Additional Food Contracts
- Atlasta Catering is contracted to provide food at University Club, Tempe campus and Walter Cronkite School of Journalism at the Downtown Phoenix Campus
- Sodexo Sports and Leisure is contracted with Sun Devil Athletics
- For Catering at Gammage Auditorium and Kerr Cultural Center, contact ASU Public Events at 480-965-5062.

# Organizational Funds

## Student Fee Funding

All Arizona State University students pay an activity fee that is re-distributed for many campus events and activities. Please note that the funding allocation process for undergraduate student organizations is unique to each ASU campus based on the process identified by their local University Student Government (USG). Any graduate student organizations should approach the Graduate and Professional Student Association (GPSA) for funding.

More specific information regarding this funding process is available online at the following sites:
- USG Downtown: http://www.usgdowntown.com
- USG Polytechnic (Student Fee Allocation Board): http://asasup.asu.edu/sfab
- USG Tempe: https://www.asuusg.com/club-funding
- USG West: http://asu.orgsync.com/org/usgw/Funding
- GPSA: http://gpsa.asu.edu/support/gso-funding

## Fundraising & Financial Management

Many student organizations choose to hold fundraisers to obtain additional money. Whether the proceeds will be given to a charity, used for a specific function, or deposited into an off-campus account, be aware that there are some specific guidelines organizations will need to follow when raising funds on campus.

Organizations must have ownership of all activities (i.e. a representative of the organization must be present the length of the activity, and a banner with the organization insignia should be prominently displayed). All relevant university rules and regulations, as well as federal, state and local laws must be followed. Failure to comply with these may result in Student Code of Conduct disciplinary action against the organization and/or specific individuals. It is strongly encouraged for organization members to fulfill Cash Handling Training prior to conducting a fundraiser.

## Fundraising Events with Alcohol

No student organization may sponsor or co-sponsor an event with alcohol or with an alcohol distributor or tavern (tavern defined as an establishment generating more than half of annual gross sales from alcohol) at which alcohol is given away, sold or otherwise provided to those present. This includes any event held in, at or on the property of a tavern as defined above for the purpose of fundraising. However, an organization may rent or use a room or area in a tavern as defined above for a closed event held within the provisions of the Alcohol Policy.

## Raffles

The Arizona Attorney General has determined that ASU and its departments and administrative units are <u>NOT</u> permitted to conduct raffles. Using an actual raffle ticket for a door prize is permitted, as long as attendees are not required to pay for the raffle ticket and everyone has an equal chance of receiving it. Any group planning a raffle should be familiar with the law related to this activity and should contact the Office of the Arizona Attorney General for additional information. For more information, visit https://ogc.asu.edu/gambling-raffles

 For ASU policies concerning gambling and hosting casino nights, visit https://ogc.asu.edu/gambling-raffles

## Misuse of University Assets

Misuse of university assets is a violation of policies of the Arizona Board of Regents (ABOR), the Academic Affairs Policies and Procedures Manual (ACD), the Staff Personnel Policies and Procedures Manual (SPP), the Student Code of Conduct, and other policies of the university (collectively "board and university policies"). Therefore, this policy is in addition to, but does not

substitute for other laws and policies governing employees and students at the university, whether currently in effect or whether established after the adoption of this policy. Employees and students are required to be familiar with all policies governing the appropriate use of university assets.

Disciplinary action against employees or students for misuse of university assets will be pursued under one or more of those policies, using the procedure applicable to that category of employees or students in connection with those policies. The policy is available at http://www.asu.edu/aad/manuals/acd/acd123.html.

## Sales and Solicitation Regulations

Vendors sponsored by registered student organizations provide a great opportunity to fundraise. Contact your local Student Organization Office for more information regarding how to sponsor a vendor on campus.

Registered Student Organizations are permitted to sell items on campus for organization fundraising. Food is rarely allowed to be sold on campus due to existing university food contracts, along with health and safety regulations. Be sure to consult with your student organization office in advance to ensure that the activity is within the university policies. This process does require advanced planning and paperwork.

Have procedures in place for:
- Inventory control – controlling access to inventory, issuing items to be sold, verifying quantities of unsold items returned, physical inventory counts, ordering merchandise, and receiving purchases
- Revenue control – safeguarding assets under your control, receiving sales proceeds, reconciling cash and sales, and depositing sales proceeds
- Accounting – verifying deposit of proceeds, verifying the accuracy of inventory receiving, preparing vouchers, reviewing physical inventory results, investigating variances, preparing financial reports, and reconciling change in inventory
- Authorization – approving invoice payment and reconciliations and reviewing asset variances

Student organizations wishing to conduct sales of food or beverages on university property must receive approval prior to the sale, and are responsible for meeting all health and safety regulations.

## Bank accounts

Monies obtained from dues, fundraisers, sponsorships or donations should be deposited in an off-campus bank account. An off-campus bank account is not held to the policies of the University, the University does not take any responsibility in the management of your off-campus account. It is the responsibility of each student organization to track expenses and keep record of the account number, balance, or the approved officer signers. Any money appropriated from University Student Government or the Graduate and Professional Student Association, or a University department may not be deposited into an off-campus account.

The organization operates in the name of the entity and not in the name of the individuals who are part of the organization. Student organizations are strongly discouraged from depositing student organization money into an individual member's personal account. Business records should be maintained in the organization's name, not in the name of an officer. Keep in mind that financial institutions will require that checks made payable to the organization be deposited into an account established for the organization.

Designate two or more members to be authorized to withdraw funds from your account. Ideally, checks and withdrawals should require two officers' signatures to be valid. This reduces the risk of any unauthorized expenditures.

Financial institutions will require that authorized signers are kept current. If the signers have left their position or the university, your organization will experience a delay in withdrawing funds. Changes to the organization's account must be in writing to the financial institution from the current authorized signers. Contact your financial institution to find out how they process a change of signers. Most require that at least one of the current signers authorize the change. Advisors are welcome to be listed as an authorized signer, if they so choose.

If appropriate, student organizations are responsible for filing. Often times, student organizations do not earn enough income to require filing federal income tax. Please refer to the IRS website at http://www.irs.gov/ for more information.

Most banks allow organizations to set up accounts under the organization's name. Typically, your organization must provide:
1. Proof that the organization is an official registered student organization. You can verify if your organization is registered by completing a search for your club at www.asu.edu/clubs. If your organization is found, it is registered.
2. Two or more co-signers with photo ID, one of whom could be the club advisor (for transition purposes);
3. A copy of your club's official constitution and meeting minutes with signatory identified
4. An Employer Identification Number (EIN) on file with the Internal Revenue Services.

## Tax Identification Numbers (TIN) or Employee Identification Numbers (EIN)

The United States Treasury Department and the Internal Revenue Service require an organization to disclose its TIN/EIN when opening any type of deposit account. To obtain an off-campus bank account, you will need this number. Registered student organizations at ASU cannot use the University's TIN/EIN. For more information, visit the IRS website at www.irs.gov.

In applying for a TIN/EIN, the organization officer who is listed as the executor of the number will be required to provide his/her social security number. When transitioning between officers, it is recommended that the executor of the TIN/EIN be switched as well. This will protect the outgoing officer and ensure that his/her name is not associated with the account after he/she leaves office.

# Marketing and Advertising

## Copies and Mail

Student organizations are offered a limited number of copies per semester as a registered student group. Number of copies varies depending on whether the copy is black and white, or color.
- Downtown Phoenix: Copies can be made at the student organization office front desk (POST L1-15)
- Polytechnic: Copies can be made at the Student Union Front Desk
- Tempe: Copies are NOT available with the student organization office. Small packages and mail can be delivered to the Student Organization Office. All mail that is not picked up by the end of each semester will be delivered to the campus address of the primary advisor listed in SunDevilSync.
- West: Marketing requests larger than 8.5 by 11 may be obtained in limited quantity in sizes up to 24 by 26 inches at the Student Engagement Office in UCB 320.

## SunDevilSync

SunDevilSync helps clubs manage membership and improve communication within their organization as well as with student organization staff. SunDevilSync also offers student organizations an array of online options including:
- A customizable page for your organization where you would be able to post upcoming events and meetings, your organization mission, welcome message etc. (much like a webpage).
- Improved communication within members through wall posts, mass text messaging and discussion boards.
- Storage of important organization files including your constitution and bylaws, meeting minutes, sponsorship information, notes from past events, etc.
- Better organization, through event and meeting tracking (attendance tracking), distributed news and to-do lists, and paperless forms.
- Improved membership and retention. Inviting new members to join is as simple as a click of a button. This is also a great tool to keep in touch with graduated members.

## Movies

Video tapes, DVDs, or downloaded video that is available for rental or purchase are for home viewing purposes only. This means they can only be viewed in your private living spaces (e.g., residence hall room, apartment, or private residence). Therefore, anytime a group shows a movie in any context, the group must purchase the public viewing rights (copyright) for that particular showing. Copyright purchases for a film typically costs between $300 and $1,000 per showing for popular titles from major movie distributors. If you are interested in showing a movie, please contact your campus Student Organization Office.

# University Policies

## Hazing Policy

Hazing is prohibited. Any solicitation to engage in hazing is prohibited. Aiding and abetting another person who is engaged in hazing is prohibited. All students, faculty, and staff must take reasonable measures within the scope of their individual authority to prevent violations of this policy. It is not a defense to a violation of this policy that the hazing victim consented to or acquiesced in the hazing activity.

Violations of this policy or interference in an investigation under this policy by students or student organizations are subject to sanctions under the Student Code of Conduct. Any university employee who knowingly permitted, authorized, or condoned hazing activity is subject to disciplinary action by the university.

"Hazing" means any intentional, knowing, or reckless act committed by a student, whether individually or in concert with other persons, against another student, and in which both of the following apply:

1. The act was committed in connection with an initiation into, an affiliation with, or the maintenance of membership in any student organization that is affiliated with the university and;
2. The act contributes to a substantial risk of potential physical injury, mental harm, or degradation, or causes physical injury, mental harm, or personal degradation.

"Student Organization" means any team, association, order, society, corps, cooperative, club, fraternity, sorority, or other similar group that is affiliated with the university and whose membership consists primarily of students enrolled at the university. "Student Organization" includes a local chapter, unit, or other local division consisting primarily of students, regardless of the nature of the membership of the larger public or private organization.

"Student" means any person who is enrolled at the university, any person who has been promoted or accepted for enrollment at the university, or any person who intends to enroll at or be promoted to the university within the next 12 calendar months. A person who meets the definition of a student shall continue to be defined as a student, for the purposes of this policy, until the person graduates, transfers, is promoted, or withdraws from the university. (http://www.asu.edu/aad/manuals/usi/usi104-03.html)

## Alcohol Policy

The following procedures are required for student organizations in regards to hosting events with alcohol:

- Student organizations must be in compliance with all federal, state, county, city and university regulations (including STA 106–03: Alcohol and Other Drugs on Campus; ABOR 5-108: Sale and Consumption of Alcoholic Beverages on Campus; DPS 202–03: Sales and Service of Alcoholic Beverages on Campus; STA 104-01: Student Code of Conduct and Student Disciplinary Procedures) as well as any national organization alcohol/risk management policies that apply.
- A third-party vendor must be hired to provide, serve and distribute alcohol at all events/activities.
- Events with alcohol may only be hosted during the academic year.  No events shall take place during Winter Break, Spring Break or Summer Session.
- No organization should benefit financially from the sale of alcohol at any event.
- No organization should purchase alcohol with organization funds, nor may a member or members, on behalf of the organization, coordinate the purchase of alcoholic beverages.
- No "open" activities/events (those with unrestricted access) including alcohol should be held.
- The guest to member ratio at any event should not exceed 3:1.
- The hosting organization will provide one member per every ten persons in attendance at any event who will abstain from consuming alcohol.
- Each activity/event involving alcohol must be planned and approved by the Organization President and Primary Advisor 14 days prior to the scheduled event.  A sufficient event planning checklist (created by organization) should be completed.
- The guest list should be finalized 24 hours prior to the event. The activity/event guest list should be typed and available throughout the event. The guest list will then be filed properly.

- Security should be finalized at least 14 days before the event depending on the size or nature of the event. The hosting organization should consider employing at least one officer from an accredited law enforcement agency as event security. Security guards from licensed, bonded security companies will be acceptable for the remaining security personnel.
- All guests should have a student ID, driver's license, or other form of government issued identification. No person under the age of 18 should be permitted into the event without an Arizona State University-issued ID. A Student ID shall not be used in lieu of a government issued ID to establish an individual's age or date of birth.
- Unauthorized use, sale, possession, or distribution of any controlled substance or illegal drug, or possession of drug paraphernalia that would violate the law is prohibited at all events.
- The host organization shall make available adequate amounts of non-alcoholic beverages and food throughout the duration of the activity/function.
- There are to be no drinking games played at an event at any time.
- Should any individual need medical attention, call 911 promptly. If in the course of an event/activity should an incident requiring medical attention or police involvement occur, the event should be terminated and your advisor should be notified.
- Alternate transportation information shall be easily accessible to all activity/event attendees.
- No student organization may co-sponsor an event with an alcohol distributor or tavern (tavern defined as an establishment generating more than half of annual gross sales from alcohol) at which alcohol is given away, sold or otherwise provided to those present. This includes any event held in, at or on the property of a tavern as defined above for purposes of fundraising. However, an organization may rent or use a room or area in a tavern as defined above for a closed event held within the provisions of this policy, including the use of a third party vendor and guest list.

## Grievance Policy

A disciplinary investigation may be initiated by submitting a written referral to the Dean of Students. The Dean also may initiate an investigation based on media reports or other reliable information. The office will accept any complaint that is provided in writing, such as email, fax, mailed letter, etc.

Complaint against a student organization: Below are steps to file a formal complaint against a student organization:
- The concerned party should file a complaint with the student organization staff and document the situation.
- The student organization staff will contact the organization's advisor and ask for a recommendation on the situation;
- If necessary, the student organization will be referred to the Student Rights and Responsibilities Office for code of conduct issues.
- The following Campus Community Incident Report may be submitted to the Office of Student Rights and Responsibilities: https://eoss.asu.edu/sites/default/files/Incident_Report.pdf

Complaint against an advisor: Below are steps to file a formal complaint against an advisor of a student organization:
- Student should file a complaint with the student organization staff and document the situation.
- The student organization staff will review the complaint and follow-up with the appropriate individuals.

## Student Rights and Responsibilities & Code of Conduct

Arizona State University Student Rights & Responsibilities Office information can be found here:
https://eoss.asu.edu/dos/srr

The Student Code of Conduct sets forth the standards of conduct expected of students who choose to join the university community. Students who violate these standards will be subject to disciplinary sanctions in order to promote their own personal development, to protect the university community, and to maintain order and stability on campus. The Arizona Board of Regents Code of Conduct can be found here:
https://eoss.asu.edu/dos/srr/codeofconduct

## Freedom of Expression

ASU recognizes and supports the rights of students to engage in lawful free speech activity including: peaceful demonstrations and circulation of petitions that do not disrupt the normal educational and administrative function of the University, or

interfere with the legitimate rights of others. Additional information about the University's commitment to free speech is available on the Committee for Campus Inclusion website at https://provost.asu.edu/cci.

## Insurance Policy

In most cases, ASU does not provide insurance for student organizations. Registered student organizations are responsible and liable for the actions and behaviors of their members and officers. Any damages to persons or property would need to be covered by the personal insurance of the participants.

If the organization contracts to receive services from a third party, the organization should confirm that the third party has sufficient insurance by contacting ASU Insurance Services at 480-965-1851 for guidance.

## University Logos, Marks, and Images

### Advertising and Posting Policy

- All advertising must be factual, and should not mislead or misrepresent the real nature of event, activity, service, or commodity advertised.
- Advertisements posted on University property by registered campus organizations or an off- campus company or group may not imply sponsorship or endorsement by the University.
- All advertisements must bear the names of the sponsoring organizations.
- Advertisement must be removed in a timely manner.

Materials may be posted on kiosks around campus without prior approval. Materials may be posted on bulletin boards or message boards inside buildings subject to the requirements of the department or unit that maintains the board. No materials may be posted or placed in or on any other objects or surfaces, including vehicles, buildings, classrooms, parking structures, trees, plants, planters, trash receptacles, benches, signage, light poles, or sidewalks. Students, student groups, or organizations that violate this policy may be subject to sanctions under the *Student Code of Conduct*. ASU Police Department also may cite individuals who violate this policy for violations of Arizona law.

Decisions regarding the permissibility of posting or distribution will not be made on the basis of content, with the exception that of materials that contain illegal content or that violate university or Board of Regents' policies. Examples of impermissible content include materials that are obscene, that convey an imminent threat of physical harm to specific individuals, or that disclose confidential information without appropriate authorization. This University policy can be reviewed at http://www.asu.edu/aad/manuals/pdp/pdp208.html

### Trademark and Licensing Regulations

All logos, seals, names, symbols and slogans associated with Arizona State University are trademarks and are the exclusive property of Arizona State University. Any individual, organization, or company wishing to use Arizona State University's logos and trademarks must obtain the right to do so in writing from the university. ASU Trademark Management is responsible for protecting the use of Arizona State University trademarks and for licensing commercial use of these trademarks.

Sparky, the official ASU mascot, can be used by registered student organizations. Sparky is a recognized trademark of the Arizona Board of Regents. Sparky must not be redrawn or modified in any way. Please consult the Graphic Standards Manual (https://brandguide.asu.edu/ ) for guidelines.

### Logo Requests

Student organizations may use Sparky on fliers or t-shirts by following steps outlined below:
- First contact the student organization staff at the location of the organization's registration.
- Student organization staff then determines if the student organization is registered.
- If registered, the student organization staff communicates this information to the Trademark Management office.
- The Trademark office will then provide the download to the student organization/club.

Students and student groups may not use the ASU sunburst logo or the seal. The University reserves the ASU sunburst logo for institutional uses and the seal of the University for official and ceremonial uses. Uses and modifications of the University's trademarks are governed by the Arizona State University Graphics Standards manual available at www.asu.edu/gsm. The

official ASU Pitchfork logo is reserved for use by Sun Devil Athletics and may not be used by any other entity including student organizations.

For additional information about use of the University logo, word mark, signatures, and/or mascot, please contact the Trademark Licensing Office at (480) 727-7848 or (480) 727-2124 or by emailing brandcouncil@asu.edu.

# Student Organization Travel

Student organizations travel for many purposes including retreats, conferences, competitions, and social events. ASU recognizes that travel is integral to students' collegiate experience and can be extremely beneficial to advancing the mission of the organization. However, it is important to remember that travel can be a high-risk activity that requires adequate proactive planning and preparation. Proper planning can mitigate many of the risks often associated with travel.

## Chartering a Bus

Whenever possible, student organizations should use chartered bus/van service for transportation. ASU has contracts for group transportation with several different companies. Contact information can be found at the following website: https://cfo.asu.edu/purchasing-sunmart-bus .

## Use of Personal Vehicle

Students are discouraged from using personal vehicles for organization-related travel. When a personal vehicle must be used for organization travel, the driver assumes all liability associated with the trip. Drivers and all passengers should follow the following guidelines when using personal vehicles:

- Drivers and passengers are expected to follow University policy and federal, state, and local laws and posted signs.
- Drivers must have a valid operator's license.
- Drivers must possess adequate auto insurance as required by law.
- Drivers must possess current vehicle registration.
- Drivers and all passengers shall have access to and use seatbelts and/or other approved safety restraint devices.
- Drivers and all passengers shall not possess, consume or transport alcohol and/or illegal substances.
- Drivers should take considerable care to allow for adequate rest periods and drive times.
- Drivers should take care to assess the safety of the vehicle they are driving.
- Drivers and passengers should have proper communication and emergency plans in place.

Due to safety concerns, organizations should note the use of large passenger vans defined as 12 and 15 passengers vans is prohibited at Arizona State University. Student organizations and student groups are not permitted to purchase, lease, rent or transport passengers in 12 and 15 passenger vans.

## Guidelines for Student Organization Travel Outside the United States

ASU does not encourage student organizations to travel outside of the United States unless it is deemed necessary for an educational or service-related purpose.

Student organizations that wish to travel outside of the United States should consult with staff from the Student Organization Staff.

# Exhibit B

**ARIZONA STATE UNIVERSITY**

About the Manuals

■ Accessing the Manuals

Index of Policies

■ Process

■ Contact Us

# Academic Affairs Manual (ACD)

| **Effective:** 3/31/1969 | **Revised:** 7/1/2011 |
| --- | --- |

### ACD 201: Academic Freedom

## Purpose

To promote academic freedom

## Sources

*Arizona Board of Regents Policy Manual* - 6–201, 202

Office of the Provost of the University

## Applicability

Faculty

Academic professionals

Faculty associates

Faculty research associates

Graduate teaching assistants/associates

Graduate research assistants/associates

## Policy

Institutions of higher education exist for the common good, and the common good depends on academic freedom: the free search for, and the free exposition of, truth. Academic freedom applies in both research and teaching. Freedom in research is essential for the true advancement of knowledge; academic freedom in teaching is essential for the protection of the rights of both the teacher and the student in the free interchange of ideas.

Academic freedom is the right of every faculty member, academic professional, and other employees and students while engaged in teaching and/or research. These freedoms include:

1. Freedom in research and in the publication of results.
   This freedom does not relieve the individual of the responsibility for carrying out other duties of the position.

2. Freedom in teaching to discuss a field of competence without restrictions on content or method.
   In the exercise of this freedom, the individual should be careful not to introduce controversial matters which have no relation to the subject matter of the course. He or she is also obligated to encourage the free pursuit of learning by students and adhere to a proper role as intellectual guide and counselor. Every reasonable effort is made to foster honest academic conduct and to assure that evaluation of students reflects the true merit of their work. The confidential nature of the relationship between teacher and student is respected. Significant assistance from students is acknowledged in publication of the results of research.

3. Freedom as a private citizen to speak out on public issues.
   The special position of the faculty member or academic professional as a person of learning and an educational officer in the community, however, imposes the special obligation that he or she must remember that the public may judge the profession and the institution on the basis of such public utterances. The individual measures all rights and obligations as a citizen against rights and responsibilities to the field of specialization, to students, profession, and institution. When speaking, writing, or acting as a private person, the individual avoids creating the impression that he or she is speaking for the university.

4. Freedom to be judged by one's colleagues, in accordance with fair procedures, in matters of promotion, tenure/continuing appointment, and discipline, on the basis of the faculty member's or academic professional's professional qualifications and professional conduct.

The pursuit and communication of knowledge at ASU are to be free from restrictions and include respect for the following rights:

1. the right of all to search for truth and knowledge without obstruction or restraint

2. the right of all to attempt to persuade by reasoned argument or peaceful processes
   and

3. the right of all to form judgments based on full and free exploration, exposition, and discussion.

Deliberately violent, obstructive, or disruptive action of groups or individuals, which is prejudicial to academic freedom and destructive to the pursuit of learning at this university, is unacceptable.

ACD manual | ASU policies and procedures manuals | Index of Policies by Title | ACD manual contact | Provost's Office Web site

Back to Top



# Exhibit C

**ASU** Arizona State University

School of Politics and Global Studies

🏠 | Degree Programs ▾ | Why Study Here? | Admission ▾ | Student Life ▾ | Research ▾ | People ▾ | Alumni ▾ | About ▾



# Addressing politics and global issues from many perspectives

The School of Politics and Global Studies

| Undergraduate Programs | Graduate Programs |

## Study **domestic** and **foreign politics** and **global issues** at one of the top schools in the nation.

The School of Politics and Global Studies at ASU emphasizes research that links theory with real world issues and action through policy.  The School generates and diffuses knowledge that contributes to society's understanding of politics and governance at local, national and global levels.  Students will study topics ranging from campaigns and elections to violence, conflict and human rights.  As a Political Science or Global Studies major, you will be prepared to develop innovative approaches to major emerging challenges.

| Why study politics and global studies at ASU? | View research |

## Why politics and global studies at ASU?

When it comes to studying political science and global studies, we know that you have a lot of options. However, at Arizona State University, the School of Politics and Global Studies truly stands out amongst the rest. With world class faculty, an active and engaging School and campus community, diverse opportunities and areas of research, the School of Politics and Global Studies is one of a kind. We provide our students with the support they need to thrive and offer experiences that no other university can. Through our School and ASU, students are able to intern at the Arizona State Legislature, work alongside faculty on research, and pursue their own areas of interest through customized internships and study abroad programs. We invite you to visit us and find out why ASU and the School of Politics and Global Studies is truly the best fit for you.

- Arizona State University has been named one of the Top 100 Universities in the world by the Center of World-Class Universities in the Academic Ranking of World Universities.
- Ranked 5th in the nation by *The Wall Street Journal* for creating well-prepared, desirable new hires.
- Arizona State University is ranked as a "Top School to Watch" for the fifth year in a row by the *U.S. News and World Report: Best Colleges*

## Upcoming Events


Fri Mar 16

**Inequality and Populism: The Vicious Circle**

Location: Interdisciplinary Science and
Technology Building IV Marston Exploration

Technology Building IV, Marston Exploration
Theater

See all events



## Follow the 2017 Capital Scholars Blog!

The Capital Scholars Program allows students the opportunity to experience Washington DC as an intern over the summer while earning 6 upper division credits. While on their journey, ASU's Capital Scholars take time out of their busy day to maintain a blog describing their experiences. Those interested in the program, should take some time to read through their posts.

See life in DC as a Capital Scholar

# Featured News



**Little-known facts about presidential history**

February 18, 2018

U.S. presidents have been political game-changers, prolific writers and social-policy pioneers. But did you know about the speeding and the cheerleading?



**ASU expert: The time is now for an end to the Macedonian name game**

February 9, 2018

Leaders in Greece and the Republic of Macedonia are close to



**New ASU professor studies climate change and migration**

February 9, 2018

Valerie Mueller, a new assistant professor in the School of Politics and Global Studies, is settling right in to Arizona State University after joing the faculty in fall 2017.

Read more news

# Veterans

As one of the largest schools at Arizona State University, we are proud to offer and tailor our unique programs to current and prospective military/veterans. Both of our majors and our International Studies certificate are incredibly applicable to many interesting careers in both government service and the private sector.

Arizona State University is honored to be named as a "Military Friendly School" by G.I. Jobs magazine for the last four years and was named one of the "Top 10 Best for Vets: Colleges 2011" by the Military Times Edge magazine and the School itself aims to serve our large veteran and ROTC community to the best of our abilities. We work closely with the Tillman Center to integrate our resources as much as possible and provide the best program to our substantial military community. To see how our program can assist in both current and future careers for service men and women, please visit the ASU Pat Tillman Center.



**ASU** School of Politics and Global Studies

Academics

Contact Us

Events

People

Undergraduate

Alumni

**Arizona State University**

An academic unit of the
College of Liberal Arts and Sciences

Undergraduate

Minors & Certificates

4+1 Accelerated M.A.
Program

Graduate

Alumni

Faculty

Current Graduate
Students

Contribute

## Impact

Areas of Research

News

Research

## Advising

## Connect



ASU is #1 in the U.S. for Innovation

Copyright and Trademark      Accessibility      Privacy      Terms of Use      Jobs      Emergency      Contact ASU



**Arizona State University**

## School of Historical, Philosophical and Religious Studies

🏠    Degree Programs ▾    Why Study Here?    Admission ▾    Student Life ▾    Research ▾    Alumni and Friends ▾    News    About ▾

# The School of Historical, Philosophical and Religious Studies
**building a better, more sustainable and socially aware future**

[ Undergraduate Programs ]    [ Graduate Programs ]

## We are leaders in humanities-based research and education

As the largest transdisciplinary school in the humanities at Arizona State University, we strive to create excellent educational programs spanning history, philosophy and religious studies. Our degree programs have also grown to include Jewish studies, Asia studies and American studies. You'll deepen your understanding of the past, present and future as you learn how to incorporate your broad skillset – in problem solving, writing and reasoning – to excel in the global workforce or solve the problems of tomorrow through interdisciplinary research. If you're eager to change the world, join us!

 History           Philosophy           Religious Studies

[ Why study here? ]

## Your source for success, academically and professionally

When you become a student in our school, you'll be able to take advantage of all the resources available geared toward helping you succeed not only in academics, but beyond in your professional life in whatever career venture you desire. From unparalleled academic support and internationally renowned faculty to invaluable research and internship opportunities, you'll graduate with in-depth knowledge and real-life experience.



### Academic advising

Our school offers the highest quality and most accessible academic support services. From easing the transition to college life to helping with course schedules and major requirements, our advisors are eager to help you navigate through your program successfully. Learn more.



### Internship opportunities

If you want to gain real-world experience in your field of study, we encourage you to pursue an internship that's related to your career aspirations. Internships are a great way to test drive your future career while you add practical experience to your resume. Learn more.



### Distinguished faculty members

Our impressive and talented faculty will teach you how to investigate, analyze and think creatively about the past, present and future. They will impart their knowledge and expertise, so you can learn how to make a difference in the world through curious inquiry and discovery. Learn more.

# A Message from SHPRS' New Director

I am very excited to be the new Director of the School of Historical, Philosophical, and Religious Studies. Since coming to ASU in 2014, I have been impressed with the scale and ambition of the university's mission, and I can say firsthand that SHPRS is helping ASU achieve these goals. Our school is home to over one hundred faculty, staff, and graduate students who produce innovative research on subjects that matter to people in Arizona, the United States and globally. We teach thousands of students at ASU and share our knowledge with millions of people beyond the university. We help students and the public make sense of complex issues that are local, national and international in scope. I come to the office each day excited about what can be accomplished when this many smart, talented and dedicated people are working together, and I look forward to what we will achieve in the years ahead.

--Director Matthew Delmont

# Notable news stories from around our school



**Jewish studies program at ASU promotes diversity and learning**

February 9, 2018

For many, studying religion at a public university may seem out of place. Studying historical cultures and ancient languages in order to learn more about your own culture? Even more so.



**ASU scholars preserve Phoenix history**

February 14, 2018

Researchers from across Arizona State University are coming together to analyze, preserve and revitalize historic materials found during the renovation of Park Central Mall in midtown Phoenix.



**Little-known facts about presidential history**

February 18, 2018

U.S. presidents have been political game-changers, prolific writers and social-policy pioneers. But did you know about the speeding and the cheerleading?

**Read more news**

# Upcoming Events


Tue Feb 27

**Private Stories, Public Archive: Story-Sharing, Oral History and Digital Media**

Location: Ross-Blakley Hall, room 196


Tue Feb 27

**'Abortion! Action! Adventure!': On The Road With The Abortion Diary Podcast**

Location: Education Lecture Hall, room 117


Fri Mar 16

**Inequality and Populism: The Vicious Circle**

Location: Interdisciplinary Science and Technology Building IV, Marston Exploration Theater

**See all events**

### Degree Programs

Explore our graduate and undergraduate degrees.

Explore Degrees

### Get Started

Find out what you need to apply.

Apply Now

### More Information

You have questions, and we have answers!

Request Information

 **School of Historical, Philosophical and Religious Studies**
**Arizona State University**

An academic unit of the
College of Liberal Arts and Sciences

Contact Us

## Academics

Graduate Degrees

Minors and Certificates

Undergraduate Degrees

## People

History Faculty

Philosophy Faculty

Religious Studies Faculty

Contribute

**ASU is #1 in the U.S. for Innovation**



Copyright and Trademark    Accessibility    Privacy    Terms of Use    Jobs    Emergency    Contact ASU

## Jewish Studies

🏠   Degree Programs ▾   Why Study Here?   Admission ▾   Student Life ▾   Programs and Research ▾   Resources ▾   About ▾



# Explore all facets of Jewish life

### We're dedicated to research, instruction and community outreach

[ Undergraduate Programs ]   [ Certificates ]

## Quick Links

Major Map/Courses
Scholarships
Public Programs

## A modern approach to interdisciplinary Jewish studies

Our unique academic program and research center hybrid serves as an intellectual resource for all aspects of the Jewish experience, from philosophical and political viewpoints to the study of Judaism. Through undergraduate and graduate courses, research conferences, public lectures and more, we're committed to fostering critical inquiry and scholarly entrepreneurship as we disseminate accurate information about Jewish culture and enhance the quality of Jewish life in the Phoenix metropolitan area and around the world.

As a part of our program and center, our community of students, faculty and staff understand knowledge is inseparable from identity and it transforms the present and future. Come learn with us today and help create a better tomorrow for Jewish communities.

[ Why study here? ]

Students, faculty, staff and Friends of Jewish Studies at ASU understand: knowledge is inseparable from identity formation and knowledge transforms the present and the future. Come learn with us today, and help create a better tomorrow.

## JEWISH STUDIES IN THE NEWS

- Exhibit shares little-told tale of Jewish refugees' time in China
- A horse of many scholars: ASU enlivens Arizona Opera production of lost equine musical
- ASU director explores cultural impact of Jewish philosophy

**ASU** Jewish Studies
Arizona State University

An academic unit of the
College of Liberal Arts and Sciences

Contact Us



ASU is #1 in the U.S. for Innovation



Copyright and Trademark    Accessibility    Privacy    Terms of Use    Jobs    Emergency    Contact ASU


# ASU Council for Arabic and Islamic Studies

🏠    about ▾    contact    events & news    initiatives    publications & research    students ▾    support & collaborate ▾



# ASU Council for Arabic and Islamic Studies

**The more we study others' literary arts, cultures and civilizations, the better enabled we become to achieve understanding and to work toward world peace.**

Contact CAIS                Support CAIS

The Council for Arabic and Islamic Studies (CAIS) was established at Arizona State University to acknowledge the significant contributions of Arabic Studies and Islamic civilization and cultures to the world at large both historically and in the modern age. The Council's research and teaching programs seek to promote multiculturalism, diversity, inter-faith dialogue, cross-cultural understanding, and the expansion of human civilization and cultures through Arabic as well as other Middle-Eastern languages including Persian and Turkish. The Council seeks to develop constructive academic and cultural interaction and partnerships between ASU and similar groups in the Arab and Muslim worlds.

Learn more about the Council.



1  2  3  4  5  6  7  8  9  Pause

### Pakistan

Pakistan, situated between the Arabian Gulf and India, is the area from which Muslims ruled over Central and Southern Asia for over 300 years. It is an ethnically and linguistically diverse country with a population exceeding 209 million. Badshahi Mosque is the fifth largest mosque in the world, and is Lahore's (capital of Pakistan) most iconic and famous landmark and a major tourist attraction.

**A unit of the**
College of Liberal Arts and Sciences

Contact Us



| Impact | People |
| --- | --- |
| about CAIS | staff |
| arabic & islamic studies | affiliate faculty |
| initiatives | |

**ASU is #1 in the U.S. for Innovation**



Copyright and Trademark    Accessibility    Privacy    Terms of Use    Jobs    Emergency    Contact ASU





THE CENTER FOR THE STUDY OF RELIGION AND CONFLICT

■ □ □ □

# collaborate

With international networks and partners

## friends of the center

Friends of the Center provide annual gifts to support research and education initiatives. Your support helps expand student fellowship programs; bring innovative scholars, writers, and practitioners to campus; and connect researchers across campus, across the nation, and across the globe.

**Become a Friend**

## upcoming events

■ Global Citizenship in an Age of Anger
*4 days 6 hours from now*

■ Imagining Peace in Conflict
*4 days 21 hours from now*

■ Luther and the Legacy of Anti-Semitism
*6 days 6 hours from now*

■ Sex and American Christianity: The Religious Divides that Fractured a Nation
*3 weeks 6 hours from now*

■ Manbij: Understanding the Syrian Civil War from the Experience of a Single Town
*4 weeks 5 days from now*

## stay up to date

✉ Subscribe to CSRC Newsletter

📰 News & Events

🎧 Podcast

🐦 Twitter

📘 Facebook

📕 Become a Friend of the Center

## ■ news at the center

### Video Available from "Religion and Politics in the Era of Trump: Two Views from the White House"
**Event Story**

Did you miss our January 29th event, Religion and Politics in the Era of Trump: Two Views from the White House, featuring Melissa Rogers and Peter Wehner? Video of the full panel discussion is...

### The relationship between religion and politics is fraught but necessary
**Event Story**

It has been one year since Donald Trump became president of the United States. Since then, politicians, pundits and citizens of all stripes have watched as America became a nation more deeply divided...

1 of 113 ▶

## ■ research

### Religion and Global Citizenship
Henry Luce Foundation

### Globalizing Research and Teaching of American Literature
U.S. Department of State through its Pakistan embassy

### Building Transdisciplinary Linkages: A Partnership between ASU and Punjab University (Lahore)
U.S. Department of State through its Pakistan embassy

### Religious Infusion and Asymmetric Conflict
National Science Foundation

1 of 4 ▶

## ■ student portal

**Undergraduate Certificate in Religion and Conflict**

**Undergraduate Fellows Program at the CSRC**

**Peace Studies**

**Scholarship Opportunities**

## ■ spotlight



Learn more about the Undergraduate Certificate in Religion and Conflict

1 of 45 ▶

Copyright & Trademark | Accessibility | Privacy | Emergency | Contact ASU

*A research unit of the*
**College of Liberal Arts and Sciences**

West Hall
Contact Us          PO Box 879802
Phone: 480-965-7187   Tempe, AZ 85287-9802
Fax: 480-965-9611     Site by Drawbackwards



THE CENTER FOR THE STUDY OF RELIGION AND CONFLICT

Home    About »    Research »    COMOPS Journal    Monitor    Education »    Links    Contact »

Affiliated Courses    »

Certificate Programs



new venues
new voices




politics &
terrorism

subscribe to feed

like us on Facebook

follow us on Twitter

join our email list

watch us on YouTube (soon)

### CSC Twitter Feed



**Tweets** by @comops    ⓘ

 **COMOPS**
@comops

Visiting @azpurewaterbrew brew at Phx beer fest. They're using #reclaimedwater to make beer! Impressive #waterpurification truck!

♡    ⤷                    Jul 29, 2017

**COMOPS**
@comops

Dude can u resoond? We moving to 4 today, 8 tmw, or going st 9 as

### CSC News & Updates

- **New Book: Narrating the Exit from Afghanistan**
- **Extremism and Victimhood in the U.S. Context**
- **New Book: Searching for a King**
- **Hate Speech and the Indonesian Islamic Defenders Front**
- **How Islamist Extremists Quote the Qur'an**
- **The Tariq ibn Ziyad Master Narrative**

### Recent Blog Posts

- **An Achilles Heel for Saudi Wahhabis?**
- **Diplomacy's Public Dimension: Books, Articles, Websites #72**
- **De-Romanticizing the Islamic State's Vision of the Caliphate**
- **ISIL Influence is Fueling Sectarianism in Indonesia**
- **Postdoc Position in Strategic Communication**
- **Diplomacy's Public Dimension: Books, Articles, Websites #70**

**Copyright & Trademark | Accessibility | Privacy | Emergency | Contact ASU**

# Exhibit D

Looking for a club or organization, use the search functions below to browse organizations registered at Arizona State University and connect with the leadership of those organizations.

🔍 Search by name or keyword    🏛 All Umbrellas ▾    📋 All Categories ▾

All | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X | Y | Z | Other

Showing all 1462 portals.


**ASU Downtown**

Umbrella
University


**ASU Online**

Umbrella
Departmental


**ASU Polytechnic**

Umbrella
University


**ASU West & Thunderbird**

Umbrella
University


**Entrepreneurship + Innovation**

Umbrella
Venture - Faculty Led


**Fraternity & Sorority Life**

Umbrella
University


**33 Buckets**

Entrepreneurship + Innov...
Venture - Student Led


**3DShieldX**

Entrepreneurship + Innov...
Venture - Student Led


**3nuf86**

Entrepreneurship + Innov...
Venture - Student Led


**48th Media**

ASU Tempe
Professional


**9/11 Studies and Outreach Club at ASU**

ASU Tempe
Special Interest


**A Buncha Book Artists**

ASU Tempe
Creative/Perf Arts


**A Chinese Shirt Organization**

ASU Tempe
Cultural/Ethnic


**ABEE**

Entrepreneurship + Innov...
Venture - Community Led


**Ability Counts**

ASU West & Thunderbird
Soc Awareness


**Acacia Fraternity**

Fraternity & Sorority Life
Social or Culturally-based ...


**Academic Quiz Bowl Club at ASU**

ASU Tempe
Academic


**Active Minds at Arizona State University**

ASU Tempe
Health/Wellness


**Adaptive Literacy Technologies LLC**

Entrepreneurship + Innov...
Venture - Faculty Led


**Addifex**

Entrepreneurship + Innov...
Venture - Student Led


**Adult Sun Devils Association**

ASU Tempe
Special Interest


**Advancing Women in Construction**

ASU Tempe
Academic


**Advent Diamond**

Entrepreneurship + Innov...
Venture - Faculty Led


**Adventist Christian Fellowship**

ASU Tempe
Religious/Faith/Spiritual


**Adventurers Wanted Inc.**

ASU Tempe
Special Interest


**Advocates For Education**

ASU Tempe
Leadership


**AdWorks**

ASU Tempe
Professional



**Aerospace Innovation Club**

ASU Polytechnic
Professional


**Aeternitas Aerospace**

Entrepreneurship + Innov...


**Afghan Students Association**

ASU Tempe
Cultural/Ethnic

 Undergraduate Student Association
ASU Tempe
Cultural/Ethnic

 P
ASU Downtown
Political

 
ASU Polytechnic
Religious/Faith/Spiritual

Baptist Collegiate Ministry (BCM)
ASU Downtown
Religious/Faith/Spiritual

Baptist Student Ministries
ASU Tempe
CORA Affiliated

 Christian Legal Society
ASU Downtown
Religious/Faith/Spiritual

 Christian Students at ASU
ASU Tempe
Religious/Faith/Spiritual

Christians and Orthodox Partnering Together In Christ (C.O.P.T.I.C.) Club
ASU Tempe
Religious/Faith/Spiritual

Church on Mill College Ministry
ASU Tempe
Religious/Faith/Spiritual

 Circle K International
ASU Tempe
Service

 Citizens' Climate Lobby at Arizona State University
ASU Tempe
Sustainability

 Civility Instead
ASU Tempe
Soc Awareness

 Clarity Hub, Inc
Entrepreneurship + Innov...
Venture - Community Led

 ClassCab
Entrepreneurship + Innov...
Venture - Student Led

 Classmates
Entrepreneurship + Innov...
Venture - Student Led

 Clatch Fundraising
Entrepreneurship + Innov...
Venture - Student Led

 Clay Club of ASU
ASU Tempe
Creative/Perf Arts

 Club Italiano
ASU Tempe
Cultural/Ethnic

 Club Sudamericano (El Club del Mate)
ASU Tempe
Cultural/Ethnic

 Coalition of International Students - CIS
ASU Tempe
Cultural/Ethnic

 Coast 2 Coast Sports
ASU Downtown
Sports/Recreation

 CODA Consulting
Entrepreneurship + Innov...
Venture - Faculty Led

 CodeDevils
ASU Tempe
Technology

 Collamer PCs
Entrepreneurship + Innov...
Venture - Student Led

 College Council of Nursing Students - D
ASU Downtown
Health/Wellness

 College Libertarians
ASU Tempe
Political

 College of Brymstonne; Society for Creative Anachronism SCA
ASU Polytechnic
Creative/Perf Arts

 College of Liberal Arts & Sciences Council
ASU Tempe
Academic

 College of Liberal Arts & Sciences Residential College
ASU Tempe
University

 College of Liberal Arts and Sciences Ambassadors
ASU Tempe
Leadership

 College Republicans at Arizona State University
ASU Tempe
Political

 College Republicans United at ASU
ASU Tempe
Political

 Colleges Against Cancer
ASU Tempe
Service

 Colleges Against Cancer - P
ASU Polytechnic
Soc Awareness

 Collegetown ASU
ASU Tempe
Soc Awareness

 CO
D
ASU Tempe

 COAR



 OMPASS
for coura

 ASU Computer Science Club


**Earth & Space Open House at ASU**

ASU Tempe
Graduate


**Earth Art for Science**

Entrepreneurship + Innov...
Venture - Community Led


**Eating Disorder Awareness at ASU**

ASU Tempe
Health/Wellness


**EcoCAR 3**

ASU Polytechnic
Academic


**Educators @ASUYuma**

ASU West & Thunderbird
Academic


**Egyptian Student Association in North America - Arizona State University**

ASU Tempe
Cultural/Ethnic


**El Concilio**

ASU Tempe
Cultural/Ethnic


**EM-Air System**

Entrepreneurship + Innov...
Venture - Student Led


**Emarati Students Union**

ASU Tempe
Cultural/Ethnic


**Embrace Your Face**

Entrepreneurship + Innov...
Venture - Community Led


**eMedia Impact**

Entrepreneurship + Innov...
Venture - Student Led


**Emergency Management Student Association**

ASU Downtown
Academic


**Emerging Educators**

ASU Polytechnic
Service


**Enactus**

ASU Tempe
Entrepreneurship/Innovation


**Endovantage**

Entrepreneurship + Innov...
Venture - Faculty Led


**Engaging Minds**

ASU West & Thunderbird
Health/Wellness


**Engineering for Social Impact**

ASU Tempe
Entrepreneurship/Innovation


**Engineering World Health**

ASU Tempe
Technology


**Engineers for Business**

ASU Tempe
Leadership


**Engineers Without Borders at ASU**

ASU Tempe
Service


**EnGyne**

Entrepreneurship + Innov...
Venture - Student Led


**Entertainment Business Association**

ASU Tempe
Professional


**Entrepreneurship and Innovation Ambassadors**

ASU Tempe
Entrepreneurship/Innovation


**Environmental Advocacy, Restoration, and Technology for**

ASU West & Thunderbird
Sustainability


**Environmental Community Outreach**

ASU West & Thunderbird
Sustainability


**Environmental Resource Management Club**

ASU Polytechnic
Academic


**Epic Ministries**

ASU Polytechnic
Religious/Faith/Spiritual


**Epic Movement**

ASU Tempe
Religious/Faith/Spiritual


**Episcopal Campus Ministries**

ASU Tempe
CORA Affiliated


**Epsilon Sigma Alpha - Psi Gamma Chapter**

Fraternity & Sorority Life
Service-based Greek-letter...


**Epsilon Sigma Rho Fraternity, Inc**

Fraternity & Sorority Life


**Equestrian Club English**

ASU Tempe


**eSports Association**

ASU Tempe


**Eta Kappa Nu**

ASU Tempe

**Eta Sigma Phi, Iota Delta Chapter**

ASU Tempe

| | | | | |
|---|---|---|---|---|
| Generation Zero<br><br>ASU Tempe<br>Sustainability | Generation: Financial Knowledge Development<br><br>ASU Tempe<br>Professional | Genetically Evolving Opportunity<br><br>ASU Tempe<br>Academic | Geo-Institute<br><br>ASU Tempe<br>Academic | Geoclub<br><br>ASU Tempe<br>Special Interest |

    

Geotechnical Institute Graduate Student Organization

ASU Tempe
Graduate

German Devils

ASU Tempe
International

Gift of Life Marrow Registry

ASU Tempe
Health/Wellness

Giraffe

ASU Tempe
Entrepreneurship/Innovation

GIVE Arizona State University

ASU Tempe
Service

   

Global Affairs Theoretical and Empirical Journal

ASU Tempe
Academic

Global Business Association

ASU Tempe
Professional

Global Council of Diplomats

ASU Tempe
Cultural/Ethnic

Global Health Student Association

ASU Tempe
Health/Wellness

Global Medical Brigades

ASU Tempe
Health/Wellness

    

Global Microfinance Brigades

ASU Tempe
International

Global Public Health Brigades

ASU Tempe
Service

Global Water Brigades at Arizona State University

ASU Tempe
Sustainability

Global Women's Health Initiative

ASU Tempe
Women

GlobalResolve Club

ASU Polytechnic
Academic

    

GlobeMed at Arizona State University

ASU Tempe
Soc Awareness

Go Baby Go at ASU

ASU Tempe
Service

Golden Key International Honor Society at ASU

ASU Tempe
Professional

Golden Z Club at Arizona State University

ASU Tempe
Leadership

Gospel Choir at ASU

ASU Tempe
Creative/Perf Arts

    

GoSpot

Entrepreneurship + Innov....
Venture - Student Led

Grace Community Church at ASU

ASU Tempe
Religious/Faith/Spiritual

Graduate and Professional Student Artists Association

ASU Tempe
Graduate

Graduate and Professional Student Association (GPSA)

ASU Tempe
Graduate

Graduate Association of Interdisciplinary Neuroscience Students

ASU Tempe
Graduate

    

Graduate Association of Religious Studies

ASU Tempe
Graduate

Graduate Christian Fellowship

ASU Tempe
CORA Affiliated

Graduate Legal Studies Student Association

ASU Downtown
Graduate

Graduate Nurses Organization - D

ASU Downtown
Academic

Graduate Partners in Science Education

ASU Tempe
Graduate

    


with strong networks
and entrepreneurial
resources, they
**create** and **innovate**
at their full potential.

Herberger Arts and
Design
Entrepreneurship
Students
ASU Tempe
Entrepreneurship/Innovation


Design and
the Arts
Arizona State
University

Herberger Institute
Student Council

ASU Tempe
Academic

HGU Apparel's PRO-
C Skate Deck
Entrepreneurship • Innov...
Venture - Student Led

@ASU

Higher Education
Student Assc. - HESA

ASU Tempe
Graduate

Hillel Jewish Student
Center

ASU Tempe
CORA Affiliated


Hip Hop Coalition at
ASU

ASU Tempe
Sun Devil Sport Clubs


Hispanic Business
Students Association
(HBSA)
ASU Tempe
Academic


Hispanic Honor
Society

ASU West & Thunderbird
Professional or Academical...


Histo-News at ASU

ASU Tempe
Academic


Hockey Marketing
Staff

ASU Tempe
Sports/Recreation


Hollywood Invades
Tempe

ASU Tempe
Special Interest


Homeless Outreach
and Proactive
Encouragement
ASU Tempe
Service


Honor Society for
Sustainability Chapter
at ASU
ASU Tempe
Sustainability



Honors Devils

ASU Tempe
Academic


Honors Devils at Poly
- P

ASU Polytechnic
Leadership


Hoolest Performance
Technologies

Entrepreneurship • Innov...
Venture - Student Led


HOPE4ASU

ASU Tempe
Religious/Faith/Spiritual


Horn Society at ASU

ASU Tempe
Creative/Perf Arts


HourGlass Swimwear

Entrepreneurship • Innov...
Venture - Student Led


House of Sparky

ASU Downtown
Sports/Recreation


Human Exploration
Rover

ASU Polytechnic
Academic


Human Factors and
Ergonomics Society:
ASU Student Chapter
ASU Polytechnic
Professional


Humanities Behind
the Walls

ASU Tempe
Soc Awareness


Humanity X
Technologies

Entrepreneurship • Innov...
Venture - Student Led


Hushabye Nursery

Entrepreneurship • Innov...
Venture - Community Led


Hybrid 500

Entrepreneurship • Innov...
Venture - Student Led


Hygiea

Entrepreneurship • Innov...
Venture - Community Led


I Am That Girl -
Arizona State Chapter

ASU Downtown
Women


i-lu.com

Entrepreneurship • Innov...
Venture - Student Led


ICMA Student
Chapter ASU

ASU Downtown
Professional


Idea Farm Co-op

Entrepreneurship • Innov...
Venture - Faculty Led


Idendrix

Entrepreneurship • Innov...
Venture - Faculty Led


IEEE ASU Student
Chapter-EE

ASU Tempe
Technology


IEEE PES ASU
Student Chapter

ASU Tempe
Technology


iGEM at ASU

ASU Tempe
Technology


**IHI Open School**

ASU Downtown
Health/Wellness


**Illusions Software**

Entrepreneurship + Innov...
Venture - Student Led


**Immunology Graduate Student Association**

ASU Tempe
Graduate


**In-Store GPS**

Entrepreneurship + Innov...
Venture - Student Led


**Incarnation Episcopal Campus Ministry**

ASU Polytechnic
Religious/Faith/Spiritual


**Indian Students Association**

ASU Tempe
International


**IndiGenius**

ASU West & Thunderbird
Cultural/Ethnic


**IndiPro**

Entrepreneurship + Innov...
Venture - Student Led


**Individual Student Travel Portal**

ASU Downtown
Academic


**Industrial Designers Society of America (ASU Chapter)**

ASU Tempe
Academic


**INDX, LLC**

Entrepreneurship + Innov...
Venture - Student Led


**Inferno Insiders   Poly**

ASU Polytechnic
Special Interest


**Inferno Insiders at Tempe**

ASU Tempe
University


**Inferno Racing at ASU**

ASU Tempe
Sports/Recreation


**Inition at Arizona State University**

ASU Tempe
Technology


**Innocence Reclaimed**

ASU West & Thunderbird
Soc. Awareness


**Institute of Industrial and Systems Engineers**

ASU Tempe
Academic


**Institute of Management Accountants at Arizona State**

ASU Tempe
Academic


**Institute of Transportation Engineers ASU**

ASU Tempe
Professional


**Intellectual Property Student Association**

ASU Downtown
Graduate


**Intelligent Interactive Infotainment (I3) Systems**

Entrepreneurship + Innov...
Venture - Faculty Led


**Interdisciplinary Arts & Performance Club**

ASU West & Thunderbird
Creative/Perf Arts


**Interdisciplinary College Council Coalition**

ASU Tempe
Academic


**Interdisciplinary Student Association**

ASU West & Thunderbird
Academic


**Interfraternity Council (IFC)**

Fraternity & Sorority Life
Councils


**International Alliance for the Prevention of AIDS**

ASU Tempe
Health/Wellness


**International Business Scholars Association**

ASU Tempe
Professional


**International Connections - Mosaic Club**

ASU Downtown
Academic


**International Food and Culture Club**

ASU West & Thunderbird
Cultural/Ethnic


**International Friends Club**

ASU West & Thunderbird
Religious/Faith/Spiritual


**International Inclusion Organization**

ASU Downtown
Cultural/Ethnic


**International Interior Design Association**

ASU Tempe
Academic


**International Law Society**

ASU Downtown
Graduate


**International Service Devils**

ASU Polytechnic
Service

**International Student Engagement**

ASU Tempe
University


**International Student Fellowship**

ASU Polytechnic
Religious/Faith/Spiritual


**International Students Club (ISC)**

ASU Tempe
CORA Affiliated


**InterVarsity Christian Fellowship**

ASU Tempe
CORA Affiliated


**Investment Banking & Consulting Club**

ASU Tempe
Professional


**Ira A Fulton School of Engineering Student Council**

ASU Tempe
Academic


**Ira A. Fulton Schools of Engineering Residential Community**

ASU Tempe
University


**Iranian Students Association**

ASU Tempe
International


**J Corp Games**

Entrepreneurship + Innov...
Venture - Student Led


**J Street U ASU**

ASU Tempe
Political


**J. Reuben Clark Law Society**

ASU Downtown
Graduate


**Jacidy.com**

Entrepreneurship + Innov...
Venture - Student Led


**Janus Logistics Technologies, Inc.**

Entrepreneurship + Innov...
Venture - Student Led


**Japan Karate Association at Arizona State**

ASU Tempe
Sun Devil Sport Clubs


**Japanese Student Association**

ASU Tempe
International


**Japanese Variety Club**

ASU Tempe
Academic


**Jewish Arizonans on Campus**

ASU Tempe
CORA Affiliated


**Jewish Sisterhood at ASU**

ASU Tempe
CORA Affiliated


**jewsforjesus@ASU**

ASU Tempe
Religious/Faith/Spiritual


**John P. Morris Black Law Student Association**

ASU Downtown
Graduate


**John Paul II Catholic Newman Club - P**

ASU Polytechnic
Religious/Faith/Spiritual


**John-Allan-Kato-Plastics**

Entrepreneurship + Innov...
Venture - Student Led


**Joy & Life Project**

Entrepreneurship + Innov...
Venture - Student Led


**JOYS**

Entrepreneurship + Innov...
Venture - Faculty Led


**Judefly Inc**

Entrepreneurship + Innov...
Venture - Community Led


**Jury's Out: Music Students for the Community**

ASU Tempe
Creative/Perf Arts


**Just Write**

ASU Tempe
Creative/Perf Arts


**JustForMe**

Entrepreneurship + Innov...
Venture - Student Led


**K-Pop Dance Evolution**

ASU Tempe
Cultural/Ethnic


**Kafe Krema**

Entrepreneurship + Innov...
Venture - Student Led


**Kappa Alpha Order Fraternity**

Fraternity & Sorority Life
Social or Culturally-based ...


**Kappa Alpha Theta Sorority, Delta Epsilon Chapter**


**Kappa Delta**


**Kappa Delta Chi Sorority, Inc**


**Kappa Delta Pi**


**Kappa Delta Rho**


**Mentors For Today**
ASU Tempe
Service


**Men's Club Basketball at Arizona State University**
ASU Tempe
Sports/Recreation


**Men's Club Ice Hockey**
ASU Tempe
Sun Devil Sport Clubs


**Metals Club at ASU**
ASU Tempe
Special Interest


**Metaphysical Exploration of Theory and Abstracts**
ASU Tempe
Special Interest


**Micro Air Vehicles (MAV) ASU Club**
ASU Tempe
Special Interest


**Microbiology Graduate Student Association**
ASU Tempe
Graduate


**Miss Academic ASU Pageant**
ASU Tempe
Women


**MIXED ID**
Entrepreneurship + Innov...
Venture - Student Led


**Mixed Martial Arts Club**
ASU Tempe
Sports/Recreation


**Mobile Devs**
ASU Tempe
Technology


**Model African Union**
ASU Tempe
Political


**Model United Nations of Arizona State University**
ASU Tempe
Political


**Morgonrodnad Innovative Futuro Refrigerators**
Venture - Student Led


**Morrison School of Agribusiness Graduate Student Organization**
ASU Polytechnic
Graduate


**Motorize Me**
Entrepreneurship + Innov...
Venture - Student Led


**Movement Exchange at ASU**
ASU Tempe
Service


**Movimiento Estudiantil Chicano de Aztlan**
ASU West & Thunderbird
Cultural/Ethnic


**Mozay**
Entrepreneurship + Innov...
Venture - Community Led


**Ms Indian ASU Committee**
ASU Tempe
Cultural/Ethnic


**Mu Epsilon Theta Sorority**
Fraternity & Sorority Life
Social or Culturally-based ...


**Mueslikon**
Entrepreneurship + Innov...
Venture - Student Led


**Mule Truck**
Entrepreneurship + Innov...
Venture - Community Led


**Multicultural Greek Council (MGC)**
Fraternity & Sorority Life
Councils


**Muralces**
ASU Tempe
Service


**Music Industry Club**
ASU Tempe
Creative/Perf Arts


**Music Meets Medicine**
ASU Tempe
Service


**Music Therapy Student Organization**
ASU Tempe
Creative/Perf Arts


**Muslim Student's Association**
ASU Tempe
International


**MuzzleSafe**
Entrepreneurship + Innov...
Venture - Student Led


**MyGovUSA at ASU**
ASU Tempe
Political


**Mytopia**
Entrepreneurship + Innov...
Venture - Student Led


**NAMI on Campus at ASU**
ASU Downtown
Health/Wellness


**NASA Space Grant Robotics**
ASU Tempe
Technology


**National Assc for the Advancement of Colored People (NAACP)**
ASU Tempe
Soc Awareness





| | | | | |
|---|---|---|---|---|
| Reactive Ink | Real Estate Club | realTALK Campus Ministries | Recreational Golf Club @ASU | Refugee Alliance |
| Entrepreneurship + Innov... Venture - Student Led | ASU Tempe Professional | ASU Downtown Religious/Faith/Spiritual | ASU Tempe Sports/Recreation | ASU Tempe Service |

| | | | | |
|---|---|---|---|---|
| Refugee Integration, Stability, and Education : An AMWA Refugee Tutoring | Reim Entertainment | Rendering Bullets | Represent ALL of Us | Research Catalyst LLC |
| ASU Tempe Service | Entrepreneurship + Innov... Venture - Community Led | Entrepreneurship + Innov... Venture - Student Led | ASU Tempe Political | Entrepreneurship + Innov... Venture - Faculty Led |

| | | | | |
|---|---|---|---|---|
| Residence Hall Association (RHA) | Residence Hall Association - D | Residence Hall Association - P | Residence Hall Association - W | Residential Review Board |
| ASU Tempe University | ASU Downtown University | ASU Polytechnic University | ASU West & Thunderbird University | ASU Downtown University |

| | | | | |
|---|---|---|---|---|
| Rising Leaders Program | Road Guard Deterrents | Robo Advisor | Rock Against Hunger | Roller Derby Club |
| ASU Tempe Leadership | Entrepreneurship + Innov... Venture - Student Led | Entrepreneurship + Innov... Venture - Student Led | ASU Downtown Health/Wellness | ASU Tempe Sun Devil Sport Clubs |

| | | | | |
|---|---|---|---|---|
| Romanian Student Organization at ASU | Rossum Rumblers | Rotaract Club of ASU | Running and Marathon Club at ASU | Running Club for Non-Runners at Arizona State University |
| ASU Tempe Cultural/Ethnic | ASU Polytechnic Technology | ASU Tempe Soc Awareness | ASU Tempe Sports/Recreation | ASU Tempe Sports/Recreation |

| | | | | |
|---|---|---|---|---|
| RunSphere | RushDeck Incorporated | Ryan House at ASU | Ryan's Snap-In Paint Tray | S.T.E.M. at ASU Lake Havasu City |
| Entrepreneurship + Innov... Venture - Student Led | Entrepreneurship + Innov... Venture - Student Led | ASU Downtown Service | Entrepreneurship + Innov... Venture - Community Led | ASU Tempe Academic |

| | | | | |
|---|---|---|---|---|
| SACNAS | SAE International Student Chapter at ASU | SAE: Aero Design | SafeZONE | Sailing Club @ ASU |
| ASU Tempe Academic | ASU Tempe Technology | ASU Tempe Professional | ASU Tempe University | ASU Tempe Sun Devil Sport Clubs |












| | | | | |
|---|---|---|---|---|
| ASU Downtown<br>Health/Wellness | ASU Tempe<br>Academic | ASU Tempe<br>Academic | ASU Tempe<br>Service | ASU Tempe<br>Health/Wellness |



**Student Engagement (West)**

ASU West & Thunderbird
University



**Student for Recovery**

ASU Tempe
Soc Awareness



**Student Health Outreach for Wellness-Arizona State University**

ASU Downtown
Health/Wellness



**Student Nurses Association - D**

ASU Downtown
Academic



**Student Nutrition Council**

ASU Downtown
Health/Wellness



**Student Planning Association at ASU**

ASU Tempe
Academic



**Student Pugwash ASU**

ASU Tempe
Soc Awareness



**Student United Way**

ASU Tempe
Service



**Student Veterans Association at Arizona State University**

ASU Tempe
Special Interest



**Student Veterans Organization at ASU Lake Havasu**

ASU Tempe
University



**Students for a Democratic Society**

ASU Tempe
Political



**Students for a Humanity Inspired by Ahlubayt**

ASU Tempe
Religious/Faith/Spiritual



**Students for Health and Education in Peru**

ASU Tempe
Service



**Students for Justice in Palestine**

ASU Tempe
Cultural/Ethnic



**Students For Life**

ASU Tempe
Soc Awareness



**Students for Sensible Drug Policy**

ASU Tempe
Political



**SEDS-ASU Rocketry Division**

ASU Tempe
Academic



**SEDS-ASU**

ASU Tempe
Professional



**Students for the Protection of the Environment and its Resources**

ASU Tempe
Sustainability



**Students for the Truth**

ASU Tempe
Religious/Faith/Spiritual



**Students Identifying Multiracial/Biracial at ASU**

ASU Tempe
Cultural/Ethnic



**Students of Biomedical Informatics**

ASU Tempe
Academic



**Students of the Social Insect Research Group**

ASU Tempe
Academic



**Students Organize for Syria at ASU**

ASU Tempe
Soc Awareness



**Students Supporting Israel at Arizona State University**

ASU Tempe
CORA Affiliated



**Students Taking Action to Reach Success (STARS)**

ASU Tempe
Academic



**Study Abroad Club of ASU at Lake Havasu City**

ASU Tempe
Special Interest



**Sun Devil Archery**

ASU Tempe
Sports/Recreation



**Sun Devil Badminton**

ASU West & Thunderbird
Sports/Recreation



**Sun Devil Breakdancing Club**

ASU Tempe
Creative/Perf Arts



**NRHH-W**



**Sun Devil Civility**



**Sun Devil Empire**



**Sun Devil eSports**

Sun Devil Fishing



Woman as Hero
ASU Tempe
Women

Women In Aviation
ASU Polytechnic
Women

Women in Computer Science
ASU Tempe
Technology

Women in Science & Engineering - P
ASU Polytechnic
Academic

Women in STEM
ASU Tempe
Technology

Women on the Move
ASU Tempe
International

Women Veterans Club
ASU Tempe
Women

Women's Chorus
ASU Tempe
Creative/Perf Arts

Women's Gymnastics Club at Arizona State University
ASU Tempe
Sun Devil Sport Clubs

Women's Ice Hockey
ASU Tempe
Sun Devil Sport Clubs

Women's Lacrosse at ASU
ASU Tempe
Sun Devil Sport Clubs

Women's Rowing Club
ASU Tempe
Sun Devil Sport Clubs

Women's Rugby Football
ASU Tempe
Sun Devil Sport Clubs

Women's Skate Club
ASU Tempe
Sports/Recreation

Women's Ultimate Frisbee Club at ASU
ASU Tempe
Sun Devil Sport Clubs

Women's Business Leaders Association
ASU Tempe
Professional

Womyn's Coalition
ASU Tempe
Women

Worknbees
Entrepreneurship + Innov...
Venture - Student Led

World Mission
ASU Tempe
Religious/Faith/Spiritual

Yesplus
ASU Tempe
Health/Wellness



Yom
Entrepreneurship + Innov...
Venture - Student Led

Young Americans for Liberty
ASU Tempe
Political

Young Democratic Socialists of America at Arizona State University
ASU Tempe
Political

Young Democrats at ASU
ASU Tempe
Political

Young Life - D
ASU Downtown
Religious/Faith/Spiritual



Young Life - W
ASU West & Thunderbird
Religious/Faith/Spiritual



Young Life at ASU
ASU Tempe
CORA Affiliated

Zamtox
Entrepreneurship + Innov...
Venture - Faculty Led

Zaria
ASU Tempe
Women

Zero Waste
ASU Tempe
University

Zeta Beta Tau (Gamma Tau Chapter)
Fraternity & Sorority Life
Social or Culturally-based ...

Zeta Phi Beta Sorority, Inc.
Fraternity & Sorority Life
Social or Culturally-based ...



**Exhibit E**




English (US)  Español  Português (Brasil)
Français (France)  Deutsch

Privacy · Terms · Advertising · Ad Choices ▷ ·
Cookies · More ▾
Facebook © 2018

**22 Events**

Events
Calendar
Birthdays
Discover
Past

**History Of Islam In America With Ustadh Ubaydullah Evans**

+ Create Event ▾

FEB
3

## History Of Islam In America With Ustadh Ubaydullah Evans

Public · Hosted by Muslim Students Association of ASU

★ Interested                    ⋯

⊙  Saturday, February 3 at 10:30 AM – 1:00 PM MST
    about 2 weeks ago

⊙  Lattie F. Coor Hall (COOR 199)

|          About          |          Discussion          |
|-------------------------|------------------------------|

**44 Went · 46 Interested**
Share this event with your friends

### Details

Salam everyone, the Muslim Students Association is pleased to invite you to our one time class, "History of Islam in America," with Ustadh Ubaydullah Evans from the American Learning Institute for Muslims, or ALIM. This is the first event of the Black History is Muslim History Conference that will be going on throughout the month! For this event, our esteemed guest scholar will be teaching a class about the origins of Islam in the United States, and the different movements and occurrences that happened throughout it's timeline. Registration is at 10:30 am so please be on time to the event as we will maintain a tight schedule.

We invite you to join us at the other events throughout the month as well!

Friday, Feb 2
Islamic Community Center of Tempe
Jumah Prayers and Friday Night Halaqa
Khatib: Ustadh Ubaydullah Evans
ALIM Instructor

Sunday, Feb 4, 12:30pm-2:30pm
Sankore Circle, an Ende Education Initiative
Tempe Library Meeting Room B
Presenter: Angelica Lindsey Ali
Project Director
Ebony House

Monday, February 5 or 12
Islamic Speakers Bureau of Arizona at
United Islamic Center of Arizona
Glendale, Arizona
"From the Nation to the Sunnah"
Presenters: Frieda Muwakkil, RN
Retired Nursing Instructor
Gateway Community College
Aneesah Nadir, MSW, PhD
President
Islamic Social Services Association-USA

Friday Feb 9, 6:30-8:30pm
Night at the Museum
Tempe History Museum
Dinner and a Talk
Black America and Islam in Arizona
Speaker: Imam Amn Nathan
Islam in America Movement

Saturday Feb 10
Location tba
"The State of Islam in Black America"
Speaker: Imam Amn Nathan
Islam in America Movement

### About Muslim Students Association of ASU



**Muslim Students Association of ASU**
College & University · Tempe, Arizona
The Muslim Students Association (MSA) of ASU supports members to grow spiritually, morally and intellectually and to contribute to the ASU community.



4 posts in the discussion.

See Discussion

## Events

Events
Calendar
Birthdays
Discover
Past
| Annual Interfaith Dinner

+ Create Event ▾

English (US) · Español · Português (Brasil)
Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices ▷
Cookies · More ▾
Facebook © 2018



**NOV 21**

### Annual Interfaith Dinner
Public · Hosted by Muslim Students Association of ASU and 8 others

★ Interested     ···

🕐 Tuesday, November 21, 2017 at 5:30 PM - 8:30 PM MST
about 3 months ago

📍 Memorial Union, Ventana Ballroom 241

**About**          Discussion

**102 Went · 43 Interested**
Share this event with your friends.

**Details**

Our biggest event of the year is back! The Annual Interfaith Dinner is coming on November 21st to a Ventana Ballroom near you! Join us for a night of inspiration through our diverse line up of speakers and meaningful dialogue as we explore the theme, Stories of Reflection. This has been a staple of the MSA for the last few years, with plenty of new faces to meet, so be sure not to miss out!

Be sure to RSVP through the EventBrite linked above. We hope to see you all there!

As part of Hunger and Homelessness Awareness Week, we will be collecting clothing at the event. We highly encourage all attendees to bring a piece of clothing to donate to those less fortunate than ourselves.

This event is hosted in proud partnership with the Latter Day Saint Student Association, Sun Devils are Better Together, Asian/Asian Pacific American Students' Coalition, Oxfam America at ASU, The Coalition of International Students, Islamic Community Center of Tempe, Maroon and Gold Ambassadors, Challah for Hunger, Students for Humanity Inspired by Ahlul Bayt, and Helping Hand for Relief and Development

Kid Friendly

**Featuring**


**Muslim Students Association of ASU**
College & University · Tempe, Arizona
The Muslim Students Association (MSA) of ASU supports members to grow spiritually, morally and intellectually and to contribute to the ASU community.


**Oxfam America at ASU**
Community
We represent Oxfam America at Arizona State University. Oxfam America is a global organization working to right the wrongs of poverty, hunger, and injustice.
Our vision: a just world without poverty.


**Challah for Hunger @ASU**
Nonprofit Organization
Challah for Hunger of Arizona State University - where Sun Devils come together to bake bread to raise money for hunger and disaster relief


**Islamic Community Center of Tempe**
Mosque · Tempe, Arizona


**Students for a Humanity Inspired by Ahlulbayt**
Community
Dedicated to the pure Islamic teachings of the Ahlul Bayt (as) to the campus community.


**Sun Devils Are Better Together**
College & University · Tempe, Arizona
Bringing students from different worldviews together to voice their values and beliefs, engage across lines of difference, and act to improve the community


**ASU Coalition of International Students**
Organization · Tempe, Arizona
Coalition of International Students Executive Board 2017/2018

President: Chen Meilong
Vice President: Dickeyv
Secretary/Treasurer: Ioanna A. Abdali
Associate VP(s): Anamitra Anuva, Zhen Wang
Marketing coord: Meghan Mauchner
PR coord: Feira Suryani


**Maroon and Gold Ambassadors**
Organization
We are a paraprofessional organization of student leaders committed to promoting student engagement at ASU.


**ASU Asian/Asian Pacific American Students' Coalition**
College & University · Tempe, Arizona
The Asian/Asian Pacific American Students' Coalition celebrates Asian Pacific Islander Desi American heritage and culture at ASU through various programming.


6 posts in the discussion.

See Discussion




📅 Events

Events

Calendar

Birthdays

Discover

Past

**Discussion: The State of American Islam**

➕ Create Event ▼

English (US) · Español · Português (Brasil) ·
Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices ▷
Cookies · More ▼
Facebook © 2018



**SEP**
**27**

### Discussion: The State of American Islam

Public · Hosted by Muslim Students Association of ASU

★ Interested          •••

🕐 Wednesday, September 27, 2017 at 5:00 PM - 6:00 PM UTC-06
about 4 months ago

📍 West Hall 160                                    Show Map

About                          Discussion

**9 Went · 16 Interested**
Share this event with your friends

### Details

What are the main intellectual challenges of today's Muslim American
community? How should American Muslims address the pressing intellectual
issues of the time? How do these issues intersect with the political and
social threats they face as a community? Join us this Wednesday for a
discussion circle where we will explore these questions and more!

For the discussion, we are sharing this article by Ustadh Ubaydullah Evans
entitled "The New Kalam," which outlines the central themes at the heart of
internal American Muslim debates and how they connect with the
increasingly hostile political and social world Muslim Americans find
themselves in.

We look forward to tackling these topics with you and hearing many voices
from diverse backgrounds.

https://www.lamppostproductions.com/new-kalam/

Religion

### About Muslim Students Association of ASU



**Muslim Students Association of ASU**
College & University · Tempe, Arizona
The Muslim Students Association (MSA) of ASU supports
members to grow spiritually, morally and intellectually and to
contribute to the ASU community.

📅 Events

Events

Calendar

Birthdays

Discover

Past

**Contemporary Perception of Islam: Panel and Dialogue**

➕ Create Event ⌄



English (US) · Español · Português (Brasil) · Français (France) · Deutsch ➕

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ▾
Facebook © 2018

**SEP 20**

### Contemporary Perception of Islam: Panel and Dialogue

Public · Hosted by Muslim Students Association of ASU

⭐ **Interested**  ...

🕐 Wednesday, September 20, 2017 at 5:30 PM – 7:30 PM UTC-06
about 5 months ago

📍 Memorial Union, Gold Room

About | Discussion

**24 Went · 43 Interested**
Share this event with your friends

### Details

Do you ever wonder what Islam actually teaches? What about that scary "Shariah" word, what does it mean? Do you want to know what the experience of being a Muslim in America is like? Come join us on Wednesday the 20th for a great night of learning and interacting. We're in times of great misunderstanding in terms of the information we recieve, especially when it comes to Islam, unfortunately. This is a great chance for you to hear from a panel of three prominent leaders of the Arizona Muslim Community.! And we want to hear what you have to say, so please bring questions or comments for our amazing speakers to tackle! Pizza and lemonade will be provided to all those that attend. We hope to see you there!

Religion | Free Admission | Kid Friendly

### About Muslim Students Association of ASU



**Muslim Students Association of ASU**
College & University · Tempe, Arizona
The Muslim Students Association (MSA) of ASU supports members to grow spiritually, morally and intellectually and to contribute to the ASU community.



6 posts in the discussion.

See Discussion


## 📅 Events

Events

Calendar

Birthdays

Discover

Past

**IAW | Islam in the Modern World**

+ Create Event ▾



English (US) · Español · Português (Brasil) · Français (France) · Deutsch  [+]

Privacy · Terms · Advertising · Ad Choices ▷
Cookies · More ▾
Facebook © 2018

**MAR 28**

### IAW | Islam in the Modern World

Public · Hosted by Muslim Students Association of ASU

★ Interested    ...

🕐 Tuesday, March 28, 2017 at 6:30 PM - 8:30 PM MST
about 11 months ago

📍 Schwada Building, Room 201

About | Discussion

**33 Went · 24 Interested**
Share this event with your friends

**Details**

Is Islam relevant in today's culture? How does Islam impact the society we all live in today? Is the fastest growing religion in the world really as threatening and radical as the media constantly portrays it to be?

Join the Muslim Students Association (MSA) of ASU for a panel discussion on these questions, and learn about aspects of Islam which are often misinterpreted or seem confusing to some. Our panel will consist of the director of CAIR-AZ, Imraan Siddiqi, and two prominent Imams in the Arizona Muslim community, Imam Anas Hlayhel and Imam Yaser Ali.

Bring your questions! There will also be an open Q&A session with our speakers.

The event will be in SCOB 201

This event is free and open to the public. For more information, contact msaasu@gmail.com.

We humbly invite you to also attend our other events taking place during Islam Awareness Week 2017 | ASU MSA.

`Islam`  `Free Admission`

**About Muslim Students Association of ASU**

### Muslim Students Association of ASU

College & University · Tempe, Arizona

The Muslim Students Association (MSA) of ASU supports members to grow spiritually, morally and intellectually and to contribute to the ASU community.

❤️

1 post in the discussion.

See Discussion



**facebook**  Sign Up

Join or Log Into Facebook ▼

## 📅 Events

Events

Calendar

Birthdays

Discover

Past

**IAW | Women in Islam: Beyond the Stereotypes**

+ Create Event ▼



**MAR 27**

**IAW | Women in Islam: Beyond the Stereotypes**

Public · Hosted by Muslim Students Association of ASU

★ Interested     ...

🕐 Monday, March 27, 2017 at 5.00 PM - 6.30 PM MST
about 11 months ago

📍 ASU Memorial Union, Mohave (Room 236)

About       Discussion

**27 Went · 32 Interested**
Share this event with your friends

### Details

Is Islam oppressive to women? What is the status of a women in Islam? In the Islamic perspective, are women as fundamentally equal to that of men in the eyes of God? Who are some prominent women figures in Islamic history that Muslim women look up to?

Join us for the first event of Islam Awareness Week as a panel of Muslim women themselves, Sr. Amal Fayad and Sr. Naeema Zaman, go beyond the stereotypes and share what being a Muslim woman in Islam is really like. This program is in partnership with the ASU Womyn's Coalition.

This event is free and open to the public. For more information, contact msaasu@gmail.com.

We humbly invite you to also attend our other events taking place during Islam Awareness Week 2017 | ASU MSA.

Islam    Free Admission

### About Muslim Students Association of ASU

**Muslim Students Association of ASU**
College & University · Tempe, Arizona
The Muslim Students Association (MSA) of ASU supports members to grow spiritually, morally and intellectually and to contribute to the ASU community.

4 posts in the discussion.

See Discussion

English (US) · Español · Português (Brasil) · Français (France) · Deutsch   +

Privacy · Terms · Advertising · Ad Choices ▷·
Cookies · More ▾
Facebook © 2018

**Exhibit F**

# Students for Justice in Palestine

Students for Justice in Palestine (ASU Chapter)




Home    #ASUDivest    Events    About Us    Join Us    Contact Us

Posted on March 4, 2013 by shifa

← Previous    Next →

# Israeli Apartheid Week: Day 1- Mock Illegal Separation Wall

SJP kicked off Israeli Apartheid Week today with our Mock Apartheid Wall on Hayden Lawn.  We gave tours to people and educated all those who stopped by about why the Israeli regime is known as an apartheid state worldwide.  This is one of the most visible applications of the Occupation and its reenactment enlightened many people about the injustices occurring in Palestine.  See our pictures below!

Join us on Days 2 and 3 of Israeli Apartheid Week:

**Tuesday, March 5:** Movie Screening: "Roadmap to Apartheid"

**Where**? LSE-106

**When**? 7:00 PM – 8:30 PM

**What**? Roadmap to Apartheid is as much a historical document of the rise and fall of apartheid in South Africa, as it is a film about why many Palestinians feel they are living in an apartheid system today, and why an increasing number of people around the world agree with them.

**Wednesday, March 6:** "Zionism, The Crime of Apartheid and the Occupation of Palestine" Lecture by Dr. Zahi Damuni

**Where**? PSH-150

**When**? 7:00 PM – 8:30 PM

**What**? Hear from the co-founder of Al-Awda, The Palestinian Right to Return Coalition and longtime activist for Palestinian human rights. Dr.Damuni is the recipient of several community awards













This entry was posted in Uncategorized by shifa. Bookmark the permalink.

## Leave a Reply

Your email address will not be published. Required fields are marked *



Proudly powered by WordPress

Newsletter Powered By : XYZScripts.com

# Exhibit G

📅 **Events**

Events

Calendar

Birthdays

Discover

Past

**ASU Israel Day Presented by Hillel Jewish Student Center**

+ Create Event ▾



   
  

English (US) · Español · Português (Brasil)
Français (France) · Deutsch    +

Privacy · Terms · Advertising · Ad Choices ▷
Cookies · More ▾
Facebook © 2018

APR
6

## ASU Israel Day Presented by Hillel Jewish Student Center

Public · Hosted by Hillel Jewish Student Center at ASU

★ Interested        ···

🕐 Thursday, April 6, 2017 at 10:30 AM - 1:30 PM MST
about 10 months ago

📍 ASU Hayden Lawn                    Show Map
Tempe, Arizona 85281

**About**                    Discussion

**37 Went · 38 Interested**
Share this event with your friends

### Details

Join Hillel Jewish Student Center at ASU and 10+ other organizations for a day of celebrating Israel. There will be live music, giveaways, Israeli snacks, and tons of free Israel swag.

This event is sponsored by Hillel and BICEP. In partnership with Birthright Israel Foundation, Seed The Dream Foundation offers college-based participants the Birthright Israel Enhancement Collaborative Program (BICEP).

Organizations Participating Include:
AEPi at ASU
ASU Mishelanu*
ASU Study Abroad
Bureau of Jewish Education of Greater Phoenix*
Chabad at ASU
CUFI Arizona - Christians United for Israel*
EVKM Self Defense & Fitness... See More

Free Admission

### About Hillel Jewish Student Center at ASU



**Hillel Jewish Student Center at ASU**
Nonprofit Organization · Tempe, Arizona
www.hillelasu.org

### About the Venue



**ASU Hayden Lawn**
Landscape Company

36 Likes

Go to Page



5 posts in the discussion.

See Discussion