**CAIR LEGAL DEFENSE FUND**
Lena F. Masri (D.C. Bar # 100019) (seeking *pro hac vice* admission)
Email:  lmasri@cair.com
Gadeir I. Abbas* (VA Bar # 81161) (seeking *pro hac vice* admission)
Email:  gabbas@cair.com
Carolyn M. Homer (D.C. Bar # 1049145) (seeking *pro hac vice* admission)
Email: chomer@cair.com
453 New Jersey Ave., SE
Washington, DC 20003
Phone: (202) 742-6420
Fax:     (202) 379-3317

**KELLY / WARNER, PLLC**
8283 N. Hayden Road, Suite 229
Scottsdale, Arizona 85258
Raeesabbas Mohamed, Esq. (AZ Bar # 027418)
Email: raees@kellywarnerlaw.com
Phone: (480) 331-9397
Fax:     (866) 961-4984

*Attorneys for Plaintiffs*

   * *Licensed in VA, not in D.C.*
   *Practice limited to federal matters*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**
**PHOENIX DIVISION**

| | |
|---|---|
| **AMERICAN MUSLIMS FOR PALESTINE** and **DR. HATEM BAZIAN**<br><br>Plaintiffs,<br><br>vs.<br><br>**ARIZONA STATE UNIVERSITY**; **ARIZONA BOARD OF REGENTS**; and **MARK BRNOVICH,** in his official capacity as Attorney General of Arizona<br><br>Defendants. | Case No.  CV-18-670-PHX-JJT<br><br>**REQUEST FOR PRELIMINARY INJUNCTION HEARING** |

Plaintiffs, American Muslims for Palestine and Dr. Hatem Bazian (collectively "Plaintiffs"), by and through undersigned counsel, requests that the Court set a hearing on its *Application For Preliminary Injunction* filed concurrently herewith. Plaintiffs respectfully request the hearing be scheduled no later than the week of March 26, in order to facilitate an order prior to the April 3, 2018 event at Arizona State University which is the subject of Plaintiffs' application.

Dated this 2nd day of March, 2018.

**CAIR LEGAL DEFENSE FUND**

By /s/ Lena F. Masri
Lena F. Masri (D.C. Bar No. 100019)
seeking *pro hac vice admission*)
Gadeir I. Abbas* (VA Bar No. 81161)
(seeking pro hac vice admission)
Carolyn M. Homer (D.C. Bar No. 1049145)
(seeking pro hac vice admission)
453 New Jersey Ave., SE
Washington, DC 20003
Phone: (202) 742-6420
Fax:  (202) 379-3317

*Licensed in VA, not in D.C.
Practice limited to federal matters*

**KELLY / WARNER, PLLC**

By /s/ Raees Mohamed
Raees Mohamed, Esq. (AZ Bar # 027418)
8283 N. Hayden Road, Suite 229
Scottsdale, Arizona 85258
Phone: (480) 331-9397
Fax:    (866) 961-4984

*Attorneys for Plaintiffs*