MARK BRNOVICH
Arizona Attorney General (Firm State Bar No. 014000)
Brunn (Beau) W. Roysden III (No. 28698)
Assistant Attorney General
2005 N. Central Avenue
Phoenix, AZ 85004
Telephone: (602) 542-5200
Beau.Roysden@azag.gov

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| American Muslims for Palestine and Dr. Hatem Bazian,<br><br>              Plaintiffs,<br><br>       vs.<br><br>Arizona State University; Arizona Board of Regents; Mark Brnovich, Attorney General of Arizona, in his official capacity,<br><br>              Defendants. | Case No.: 2:18-CV-00670-PHX-JJT<br><br>**NOTICE OF APPEARANCE** |

NOTICE IS HEREBY GIVEN that Brunn (Beau) W. Roysden III of the Arizona Attorney General's Office appears as an attorney of record on behalf of defendant Mark Brnovich.

DATED this 13th day of March, 2018.

MARK BRNOVICH
ATTORNEY GENERAL


By:  /s/ Brunn (Beau) W. Roysden III
Brunn (Beau) W. Roysden III (No. 28698)
Assistant Attorney General
2005 N. Central Avenue
Phoenix, AZ  85004
Attorney for Defendant Mark Brnovich

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I certify that on March 13th, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants and mailed a copy of same to any non-registrants.

/s/ Brunn (Beau) W. Roysden III (No. 28698)