NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| American Muslims for Palestine, *et al.*, | No. CV-18-00670-PHX-JJT |
| Plaintiffs, | **ORDER** |
| v. | |
| Arizona State University, *et al.*, | |
| Defendants. | |

At issue is Plaintiffs' Motion for Hearing (Doc. 10) to which Defendants' filed a Response (Doc. 17).

IT IS ORDERED that Plaintiffs shall file any reply to Defendants' Response (Doc. 17) by 3:00 pm Arizona time Friday, March 16, 2018.

Dated this 15th day of March, 2018.

Honorable John J. Tuchi
United States District Judge