**CAIR LEGAL DEFENSE FUND**
Lena F. Masri (D.C. Bar # 100019) (*pro hac vice*)
Email:  lmasri@cair.com
Gadeir I. Abbas* (VA Bar # 81161) (*pro hac vice*)
Email:  gabbas@cair.com
Carolyn M. Homer (D.C. Bar # 1049145) (*pro hac vice*)
Email: chomer@cair.com
453 New Jersey Ave., SE
Washington, DC 20003
Phone: (202) 742-6420
Fax:    (202) 379-3317

**KELLY / WARNER, PLLC**
8283 N. Hayden Road, Suite 229
Scottsdale, Arizona 85258
Raeesabbas Mohamed, Esq. (AZ Bar # 027418)
Email: raees@kellywarnerlaw.com
Phone: (480) 331-9397
Fax:    (866) 961-4984

*Attorneys for Plaintiffs*

  * *Licensed in VA, not in D.C.*
    *Practice limited to federal matters*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**
**PHOENIX DIVISION**

| | |
|---|---|
| **AMERICAN MUSLIMS FOR PALESTINE** and **DR. HATEM BAZIAN**<br><br>          Plaintiffs,<br><br>     vs.<br><br>**ARIZONA STATE UNIVERSITY**; **ARIZONA BOARD OF REGENTS**; and **MARK BRNOVICH,** in his official capacity as Attorney General of Arizona<br><br>          Defendants. | Case No.  CV-18-670-PHX-JJT<br><br>**JOINT MOTION TO ENTER A STIPULATION CONSENTING TO APRIL 3, 2018 EVENT, WITHDRAWING PRELIMINARY INJUNCTION APPLICATION, AND AMENDING CAPTION**<br><br>Related Documents: Stipulation, Proposed Order |

**JOINT MOTION TO ENTER A STIPULATION CONSENTING TO APRIL 3, 2018 EVENT, WITHDRAWING PRELIMINARY INJUNCTION APPLICATION, AND AMENDING CAPTION**

All parties to this case, through their undersigned counsel, hereby file this Joint Motion to Enter a Stipulation between the parties.  The terms of the proposed stipulation were negotiated between the parties in a good faith effort to address the preliminary relief Plaintiffs had sought.  By granting this motion and entering the stipulation, this Court will obviate the need for further emergency proceedings.  The Parties' Stipulation and a Proposed Order implementing the Parties' Stipulation are attached to this motion.

Dated:  March 15, 2018

**CAIR LEGAL DEFENSE FUND**

By /s/ Carolyn M. Homer
Lena F. Masri (D.C. Bar No. 100019)
 (*pro hac vice*)
Gadeir I. Abbas (VA Bar No. 81161)*
 (*pro hac vice*)
Carolyn M. Homer (D.C. Bar No. 1049145)
 (*pro hac vice*)
453 New Jersey Ave., SE
Washington, DC 20003
 Phone: (202) 742-6420
 Fax:   (202) 379-3317

 *\* Licensed in VA, not in D.C.
 Practice limited to federal matters*

**KELLY / WARNER, PLLC**

By /s/  Raees Mohamed
Raees Mohamed, Esq. (AZ Bar # 027418)
8283 N. Hayden Road, Suite 229
Scottsdale, Arizona 85258
Phone: (480) 331-9397
Fax:     (866) 961-4984

*Attorneys for Plaintiffs*

1  Dated: March 15, 2018

**MARK BRNOVICH**
**ATTORNEY GENERAL**

By /s/ Drew C. Ensign
    Drew C. Ensign (No. 25462)
    Oramel H. (O.H.) Skinner (No. 32891)
    Brunn (Beau) W. Roysden III (No. 28698)
    Robert J. Makar (No. 033579)

*Attorneys for Defendant Mark Brnovich in his official capacity as Attorney General*

By /s/ Nancy Tribbensee
    Nancy Tribbensee (No. 011128)
    Senior Vice President and General Counsel
    José A. Cárdenas (No. 005632)
    Senior Vice President and General Counsel, ASU

*Attorneys for Defendant Arizona Board of Regents*