1  **CAIR LEGAL DEFENSE FUND**
   Lena F. Masri (D.C. Bar # 1000019) (*pro hac vice*)
2  Email:  lmasri@cair.com
   Gadeir I. Abbas* (VA Bar # 81161) (*pro hac vice*)
3  Email:  gabbas@cair.com
   Carolyn M. Homer (D.C. Bar # 1049145) (*pro hac vice*)
4  Email: chomer@cair.com
   453 New Jersey Ave., SE
5  Washington, DC 20003
   Phone: (202) 742-6420
6  Fax:     (202) 379-3317

7  **KELLY / WARNER, PLLC**
   8283 N. Hayden Road, Suite 229
8  Scottsdale, Arizona 85258
   Raeesabbas Mohamed, Esq. (AZ Bar # 027418)
9  Email: raees@kellywarnerlaw.com
   Phone: (480) 331-9397
10 Fax:     (866) 961-4984

11 *Attorneys for Plaintiffs*

12    * *Licensed in VA, not in D.C.*
      *Practice limited to federal matters*

13
14              **UNITED STATES DISTRICT COURT**
                   **DISTRICT OF ARIZONA**
15                  **PHOENIX DIVISION**

16
   American Muslims for Palestine, and         Case No.  CV-18-670-PHX-JJT
17 Dr. Hatem Bazian
                                                **Second Declaration of Taher**
18              Plaintiffs,                     **Herzallah on behalf of American**
                                                **Muslims for Palestine, in support of**
19       vs.                                    **Plaintiffs' Opposition to Defendants'**
                                                **Motion to Dismiss**
20 Arizona Board of Regents on behalf of
   Arizona State University, and
21 Mark Brnovich, in his official capacity
   as Attorney General of Arizona
22
                Defendants.
23

24

SECOND DECLARATION OF TAHER HERZALLAH

# DECLARATION OF TAHER HERZALLAH

1. I am Taher Herzallah, the Associate Director of Outreach & Community Organizing for American Muslims for Palestine ("AMP"). I previously submitted a declaration in support of Plaintiffs' Motion for a Preliminary Injunction *See* Dkt. 9-2. I have personal knowledge of the facts set out in this Second Declaration. If called upon as a witness I would competently testify as to the matters stated herein.

2. On April 3, 2018, the Muslim Students Association of Arizona State University ("MSA") held an event on the Boycott, Divestment and Sanctions Movement at Arizona State University. I spoke at the event on behalf of American Muslims for Palestine. Dr. Hatem Bazian, the founder and chair of American Muslims for Palestine, also spoke. The event was a success. Holding campus events like this is core to the educational and advocacy mission of American Muslims for Palestine.

3. Due to the success of the event, the MSA has invited myself and Dr. Bazian to come back to campus next academic year. A true and correct copy of the May 8, 2018 invitation we received is attached as **Exhibit A**. We have not yet set a date for next year's event, but we are working with the new MSA student board to find a mutually agreeable one.

4. As I detailed in my First Declaration, my job as the Associate Director of Outreach & Community Organizing means acting as a liaison between AMP and communication and student associations across the United States. Due to the success of the April 3, 2018 event at ASU, we are exploring opportunities for AMP

to participate in other advocacy events within Arizona. This has included preliminary discussions about whether Dr. Bazian and myself could combine next year's trip with a visit to the University of Arizona.

5. I remain concerned that Arizona Revised Statutes § 35-393.01 will operate to block American Muslims for Palestine's advocacy efforts in the state of Arizona. For example, I am aware that the Arizona Board of Regents currently has a "No Boycott of Israel" clause for speaker contracts at the University of Arizona. I have reviewed these contracts on the University of Arizona's "Contracting FAQs" website, https://pacs.arizona.edu/contracting_faqs.

6. I verify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on May 14, 2018 at Falls Church, Virginia.

By: _____
Taher Herzallah

# Exhibit A

**AMP**

Taher Herzallah <taher@ampalestine.org>

---

### Event

**MSA ASU** <msaasu@gmail.com>　　　　　　　　　　　　　　　　　　　Tue, May 8, 2018 at 3:17 PM
To: Hatem Bazian <hatemb@berkeley.edu>, Taher Herzallah <taher@ampalestine.org>

JazakAllahu khairan for coming again Dr. Hatem and Taher. We were so happy to have had you. We were thinking of maybe next year we could have a follow up event? The board is currently in transition so they would have to finalize dates but a second event is something definitely wanted.