UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| American Muslims for Palestine and Dr. Hatem Bazian,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>Arizona Board of Regents for and on behalf of Arizona State University; and Mark Brnovich, in his official capacity as Attorney General Of Arizona,<br>　　　　　　Defendants. | Case No: 2:18-cv-00670-PHX-JJT |

**DECLARATION OF NANCY E. TRIBBENSEE**

I, Nancy E. Tribbensee, declare as follows:

1.　　I am an attorney licensed to practice law in Arizona. I am Senior Vice President and General Counsel for the Arizona Board of Regents. I have personal knowledge of the matters referred to herein and if called upon to testify could and would testify truthfully thereto.

2.　　The University of Arizona "Contracting FAQs" available at https://pacs.arizona.edu/contracting_faqs now expressly provide that anti-Israel-boycott provisions derived from A.R.S. § 35-393 *et seq*. do not apply to speaker or performer agreements at the University of Arizona.

3.　　Neither the University of Arizona "Performance Contract for Entertainers at University Events" nor the University of Arizona "Performance Arrangement for

Entertainers at University Events" currently contain any requirement for anti-Israel-boycott provisions derived from A.R.S. § 35-393 *et seq*.

4. Northern Arizona University's "Standard Terms and Conditions" for contracting currently apply to procurements, not to student-group-invited guest speakers.

5. Northern Arizona University does not now require student-group-invited guest speakers to sign agreements containing anti-Israel-boycott provisions derived from A.R.S. § 35-393 *et seq*.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge, and that this declaration was issued on June 14, 2018 in Flagstaff, Arizona.

s/ Nancy E. Tribbensee
Nancy E. Tribbensee